```
 1  GLYNN & FINLEY, LLP
    CLEMENT L. GLYNN, Bar No. 57117
 2  JONATHAN A. ELDREDGE, Bar No. 238559
    One Walnut Creek Center
 3  100 Pringle Avenue, Suite 500
    Walnut Creek, CA 94596
 4  Telephone: (925) 210-2800
    Facsimile: (925) 945-1975
 5
    Attorneys for Defendants
 6  LandAmerica Financial Group, Inc., LandAmerica
    National Commercial Services,
 7  LandAmerica Lawyers Title Company, and
    LandAmerica Commercial Search Services Company
 8
```

                      UNITED STATES DISTRICT COURT

                      NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARWAN A. HARARA, | Case No. **C 07 3999** |
| Plaintiff, | |
| vs. | DECLARATION OF TIMOTHY REARDON IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441 |
| LANDAMERICA FINANCIAL GROUP, INC., LANDAMERICA CORPORATION, LANDAMERICA NATIONAL COMMERCIAL SERVICES, LANDAMERICA LAWYERS TITLE COMPANY, AND LANDAMERICA COMMERICAL SEARCH SERVICES COMPANY and DOES 2 through 100, Inclusive, | BY FAX |
| Defendants. | |

I, Timothy Reardon, say:

1. I am an attorney licensed to practice in the State of California. I am Claims Counsel for LandAmerica Financial Group, Inc., a defendant in this matter, and I oversee litigation involving it and its related entities, including the co-defendants LandAmerica National Commercial Services, Lawyers Title Insurance Corporation, erroneously sued as LandAmerica

- 1 -
DECLARATION OF TIMOTHY REARDON

Lawyers Title Company, and LandAmerica Commercial Search Services Company (collectively "LandAmerica"). I know the following facts of my own personal knowledge and if called upon could and would competently testify thereto.

2. The first date upon which any named defendant received a copy of the complaint was May 30, 2007, when plaintiff's counsel served a copy of the complaint on CT Corporation, who then sent it to LandAmerica's Virginia office. The summons was issued for defendant LandAmerica Commercial Search Services Company, who was sued under the fictitious name of "Doe I." At the same time, LandAmerica also received a summons that did not include the name of any other defendant. LandAmerica has not received an amendment to the complaint adding LandAmerica Commercial Search Services Company as a defendant in this action.

3. After receipt of plaintiff's complaint, LandAmerica's employees and outside counsel reviewed the facts to determine whether the action was subject to removal. This included review of company records to confirm each of the defendants' states of incorporation and principal places of business, searches of the California Secretary of State's Business Portal to determine LandAmerica Corporation's status, and review of the pleadings and discovery in the previous action to determine the amount of damages claimed by plaintiff in this action.

4. Based on that review, LandAmerica determined:

(a) Defendant LandAmerica Financial Group Inc. is a Virginia corporation with its principal place of business in Richmond, Virginia.

(b) Defendant Lawyers Title Insurance Corporation, erroneously sued as LandAmerica Lawyers Title Company, is a Nebraska corporation with its principal place of business in Richmond, Virginia.

(c) Defendant LandAmerica Commercial Search Services Company is a Virginia corporation with its principal place of business in Richmond, Virginia.

(d) Defendant LandAmerica National Commercial Services is a dba of LandAmerica Financial Group Inc.

DECLARATION OF TIMOTHY REARDON

1      (e)    Defendants do not know what LandAmerica Corporation is. The
2  California Secretary of State's Business Portal shows that corporation is suspended and is
3  unrelated to any of the defendants in this matter.
4
5      I declare under penalty of perjury under the laws of the State of California that the
6  foregoing is true and correct. Executed this 2nd day of August, in Pasadena, California.
7
8
9  _____
10  Timothy Reardon

- 3 -
DECLARATION OF TIMOTHY REARDON