```
 1  GLYNN & FINLEY, LLP
    CLEMENT L. GLYNN, Bar No. 57117
 2  JONATHAN A. ELDREDGE, Bar No. 238559
    One Walnut Creek Center
 3  100 Pringle Avenue, Suite 500
    Walnut Creek, CA 94596
 4  Telephone: (925) 210-2800
    Facsimile: (925) 945-1975
 5
    Attorneys for Defendants
 6  LandAmerica Financial Group, Inc., LandAmerica
    National Commercial Services,
 7  LandAmerica Lawyers Title Company, and
    LandAmerica Commercial Search Services Company
 8
 9              UNITED STATES DISTRICT COURT
10              NORTHERN DISTRICT OF CALIFORNIA
11
12  MARWAN A. HARARA,                    )   Case No. C 07 3999
                                         )
13              Plaintiff,               )
                                         )   CERTIFICATION AS TO
14      vs.                              )   INTERESTED PARTY
                                         )
15  LANDAMERICA FINANCIAL GROUP,         )   (Northern District Local Rule 3-16)
    INC., LANDAMERICA CORPORATION,       )
16  LANDAMERICA NATIONAL                 )
    COMMERCIAL SERVICES,                 )
17  LANDAMERICA LAWYERS TITLE            )
    COMPANY, AND LANDAMERICA             )
18  COMMERICAL SEARCH SERVICES           )
    COMPANY and DOES 2 through 100,      )
19  Inclusive,                           )
                                         )
20              Defendants.              )
                                         )
21  _____)
22
23      Pursuant to Northern District Local Rule 3-16, the undersigned counsel of record for
24  defendants LandAmerica Financial Group, Inc. and dba LandAmerica National Commercial
25  Services, Lawyers Title Insurance Corporation, erroneously sued as LandAmerica Lawyers Title
26  Company, and LandAmerica Commercial Search Services Company, certifies that the following
27  listed persons, association of persons, firms, partnerships, corporations (including parent
28  corporations) or other entities (i) have a financial interest in the subject matter in controversy or
```

1  in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a

2  party that could be substantially affected by the outcome of this proceeding:

3      1.    ConocoPhillips Company.

4

5  Dated: August 3, 2007

6                                        GLYNN & FINLEY, LLP
                                      CLEMENT L. GLYNN

7                                        JONATHAN A. ELDREDGE
                                      One Walnut Creek Center

8                                        100 Pringle Avenue, Suite 500
                                      Walnut Creek, CA 94596

9

10                                        By _____
                                      Attorneys for Defendants

11                                        LandAmerica Financial Group, Inc.,
                                      LandAmerica National Commercial

12                                        Services, LandAmerica Lawyers Title
                                      Company, and LandAmerica Commercial

13                                        Search Services Company

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATION AS TO INTERESTED PARTIES