1  GLYNN & FINLEY, LLP
   CLEMENT L. GLYNN, Bar No. 57117
2  JONATHAN A. ELDREDGE, Bar No. 238559
   One Walnut Creek Center
3  100 Pringle Avenue, Suite 500
   Walnut Creek, CA 94596
4  Telephone: (925) 210-2800
   Facsimile: (925) 945-1975
5
   Attorneys for Defendants
6  LandAmerica Financial Group, Inc., LandAmerica
   National Commercial Services,
7  LandAmerica Lawyers Title Company, and
   LandAmerica Commercial Search Services Company
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                                                SC
12  MARWAN A. HARARA,              )  Case No. C 07 3999
13        Plaintiff,               )
                                   )  **DEMAND FOR JURY TRIAL**
14  vs.                            )
                                   )        BY FAX
15  LANDAMERICA FINANCIAL GROUP,   )
    INC., LANDAMERICA CORPORATION, )
16  LANDAMERICA NATIONAL           )
    COMMERCIAL SERVICES,           )
17  LANDAMERICA LAWYERS TITLE      )
    COMPANY, AND LANDAMERICA       )
18  COMMERICAL SEARCH SERVICES     )
    COMPANY and DOES 2 through 100,)
19  Inclusive,                     )
                                   )
20        Defendants.              )
                                   )
21  _____

22
23
24
25
26
27
28

- 1 -
DEMAND FOR JURY TRIAL

| | |
|---|---|
| 1 | Defendants LandAmerica Financial Group, Inc. and dba LandAmerica National |
| 2 | Commercial Services, Lawyers Title Insurance Corporation, erroneously sued as LandAmerica |
| 3 | Lawyers Title Company, and LandAmerica Commercial Search Services Company hereby |
| 4 | demand trial by jury in this action. |

Dated: August 3, 2007

GLYNN & FINLEY, LLP
CLEMENT L. GLYNN
JONATHAN A. ELDREDGE
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596

By_____
Attorneys for Defendants
LandAmerica Financial Group, Inc.,
LandAmerica National Commercial
Services, LandAmerica Lawyers Title
Company, and LandAmerica Commercial
Search Services Company

DEMAND FOR JURY TRIAL