1  GLYNN & FINLEY, LLP
   CLEMENT L. GLYNN, Bar No. 57117
2  JONATHAN A. ELDREDGE, Bar No. 238559
   One Walnut Creek Center
3  100 Pringle Avenue, Suite 500
   Walnut Creek, CA 94596
4  Telephone: (925) 210-2800
   Facsimile: (925) 945-1975
5
   Attorneys for Defendants
6  LandAmerica Financial Group, Inc., LandAmerica
   National Commercial Services,
7  LandAmerica Lawyers Title Company, and
   LandAmerica Commercial Search Services Company
8



9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                                          C 07 3999

12  MARWAN A. HARARA,                )        Case No.
                                     )
13            Plaintiff,             )
                                     )   **NOTICE OF RELATED ACTION OR**
14       vs.                         )   **PROCEEDING AND REQUEST FOR**
                                     )   **ASSIGNMENT**
15  LANDAMERICA FINANCIAL GROUP,     )
    INC., LANDAMERICA CORPORATION,   )   (Northern District Local Rule 3-13)
16  LANDAMERICA NATIONAL             )
    COMMERCIAL SERVICES,             )
17  LANDAMERICA LAWYERS TITLE        )
    COMPANY, AND LANDAMERICA         )        BY FAX
18  COMMERICAL SEARCH SERVICES       )
    COMPANY and DOES 2 through 100,  )
19  Inclusive,                       )
                                     )
20            Defendants.            )
                                     )
21  _____)

22       Pursuant to Northern District Local Rule 3-13, the undersigned counsel of record for

23  defendants LandAmerica Financial Group, Inc. and dba LandAmerica National Commercial

24  Services, Lawyers Title Insurance Corporation, erroneously sued as LandAmerica Lawyers Title

25  Company, and LandAmerica Commercial Search Services Company (collectively

26  "LandAmerica"), notify the Court and parties of the following related action or proceeding and

27  request that the matter be assigned to Magistrate Judge Bernard A. Zimmerman.

28  ///

- 1 -
NOTICE OF RELATED ACTION OR PROCEEDING

1   (1)   In February 2004, plaintiff Marwan A. Harara, a lawyer and former service station owner, alleged 23 claims against his franchisor, ConocoPhillips Company ("COP"), under the Petroleum Marketing Practices Act, 15 U.S.C. §§ 2801 *et seq.*, as well as other federal and state statutes and common law. Plaintiff alleged that COP acted unlawfully when it refused to sell him a service station after entering into a purchase and sale agreement with him. On April 29, 2005, plaintiff's case was dismissed pursuant to motion for summary judgment.

(2)   "MARWAN A. HARARA, plaintiff, vs. CONOCOPHILLIPS COMPANY AND DEAN RICHARD MASTERSON, defendants," Case No. C04-0515-BZ. The matter was heard by Magistrate Judge Bernard A. Zimmerman in the United States District Court, Northern District of California.

(3)(a)   After dismissal of the federal action against COP, plaintiff filed the present action against LandAmerica, the escrow agent for the sale of the service station involved in the prior case. Plaintiff alleges that but for LandAmerica's actions, he would have been able to purchase the service station.

(3)(b)   Assignment of this action to Magistrate Judge Zimmerman will promote the just and efficient conduct of this action and will be convenient for the parties and witnesses in this matter. Defendants plan to bring a Rule 12(b)(6) motion on the ground that the complaint fails to state a claim as a matter of law because plaintiff is collaterally estopped by Magistrate Judge Zimmerman's prior grant of summary judgment. As the author of the pertinent order, Magistrate Judge Zimmerman is in the best position to decide that legal issue.

Dated: August 3, 2007

GLYNN & FINLEY, LLP

By _____
Attorneys for Defendants
LandAmerica Financial Group, Inc.,
LandAmerica National Commercial
Services, LandAmerica Lawyers Title
Company, and LandAmerica Commercial
Search Services Company