1  GLYNN & FINLEY, LLP
   CLEMENT L. GLYNN, Bar No. 57117
2  JONATHAN A. ELDREDGE, Bar No. 238559
   One Walnut Creek Center
3  100 Pringle Avenue, Suite 500
   Walnut Creek, CA 94596
4  Telephone: (925) 210-2800
   Facsimile: (925) 945-1975
5
   Attorneys for Defendants
6  LandAmerica Financial Group, Inc.,
   LandAmerica Corporation, LandAmerica
7  National Commercial Services, and
   LandAmerica Lawyers Title Company
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12  MARWAN A. HARARA,                )  **Case No.** C 07-03999 SC
                                     )
13              Plaintiff,           )  **PROOF OF SERVICE**
                                     )
14       vs.                         )  Date Filed:   August 3, 2007
                                     )  Trial Date:   TBA
15  LANDAMERICA FINANCIAL GROUP,     )
    INC., LANDAMERICA CORPORATION,   )
16  LANDAMERICA NATIONAL             )
    COMMERCIAL SERVICES, AND         )
17  LANDAMERICA LAWYERS TITLE        )
    COMPANY, and DOES 1 through 100, )
18  Inclusive,                       )
                                     )
19              Defendants.          )
                                     )
20

21

22

23

24

25

26

27

28

---

Docket No. C 07-03999 SC

<u>PROOF OF SERVICE BY MAIL</u>

I, <u>Beverly Carter</u>, the undersigned, hereby certify and declare under penalty of perjury that the following statements are true and correct:

1. I am over the age of 18 years and am not a party to the within cause.

2. My business address is One Walnut Creek Center, 100 Pringle Avenue, Suite 500, Walnut Creek, CA 94596.

3. I am familiar with my employer's mail collection and processing practices; know that said mail is collected and deposited with the United States Postal Service on the same day it is deposited in interoffice mail; and know that postage thereon is fully prepaid.

4. Following said practice, on August 3, 2007, I served a true and correct copy of the following documents entitled exactly:

    a. **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441**

    b. **NOTICE OF RELATED ACTION OR PROCEEDING AND REQUEST FOR ASSIGNMENT**

    c. **DEMAND FOR JURY TRIAL**

    d. **CERTIFICATION AS TO INTERESTED PARTY**

    e. **DECLARATION OF TIMOTHY REARDON IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441**

    f. **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

    g. **NOTICE TO ALL ATTORNEYS: ORDER RE TIMELY FILING OF PLEADINGS, BRIEFS, MOTIONS, ETC.**

    h. **STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA: CONTENTS OF JOINT CASE MANAGEMENT STATEMENT**

    i. **NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION**

    j. **NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS**

    k. **WAIVER OF SERVICE OF SUMMONS**

- 1 -

PROOF OF SERVICE

1      l. **HANDOUT: WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO**

2      m. **ECF REGISTRATION INFORMATION HANDOUT**

3      n. **DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA**

by placing it in an addressed, sealed envelope and depositing it in regularly maintained interoffice mail to the following:

    Arlo Hale Smith, Esq.
    66 San Fernando Way
    San Francisco, CA  94127
    Tel:  (415) 681-9572

    *Attorney for Plaintiff*
    *Marwan A. Harara*

Executed this 3rd day of August, 2007 at Walnut Creek, California.

_____
Beverly Carter