1  GLYNN & FINLEY, LLP
   CLEMENT L. GLYNN, Bar No. 57117
2  JONATHAN A. ELDREDGE, Bar No. 238559
   One Walnut Creek Center
3  100 Pringle Avenue, Suite 500
   Walnut Creek, CA 94596
4  Telephone: (925) 210-2800
   Facsimile: (925) 945-1975
5
   Attorneys for Defendants
6  LandAmerica Financial Group, Inc., LandAmerica
   National Commercial Services,
7  LandAmerica Lawyers Title Company, and
   LandAmerica Commercial Search Services Company
8

9

10           UNITED STATES DISTRICT COURT

11           NORTHERN DISTRICT OF CALIFORNIA

12

13  MARWAN A. HARARA,                        )   Case No. CO7-03999-SC
                                             )
14              Plaintiff,                   )   **DEFENDANTS' NOTICE OF MOTION
                                             )   AND MOTION TO DISMISS
15       vs.                                 )   PLAINTIFF'S COMPLAINT (FRCP
                                             )   12(B)(6))**
16  LANDAMERICA FINANCIAL GROUP,             )
    INC., LANDAMERICA CORPORATION,           )   Date:       September 21, 2007
17  LANDAMERICA NATIONAL                     )   Time:       10:00 a.m.
    COMMERCIAL SERVICES,                     )   Courtroom:  1, 17th Floor
18  LANDAMERICA LAWYERS TITLE                )   Judge:      Hon. Samuel Conti
    COMPANY, AND LANDAMERICA                 )
19  COMMERCIAL SEARCH SERVICES               )
    COMPANY and DOES 2 through 100,          )
20  Inclusive,                               )
                                             )
21              Defendants.                  )
                                             )
22  _____

23       TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

24       PLEASE TAKE NOTICE THAT on September 21, 2007, at 10:00 a.m., or as

25  soon thereafter as the matter may be heard, before the Honorable Samuel Conti, defendants

26  LandAmerica Financial Group, Inc. and dba LandAmerica National Commercial Services,

27  Lawyers Title Insurance Corporation, erroneously sued as LandAmerica Lawyers Title

28  Company, and LandAmerica Commercial Search Services Company will bring on for hearing

---
- 1 -
NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT

1  this motion to dismiss Plaintiffs' complaint pursuant to Federal Rules of Civil Procedure, Rule
2  12(b)(6).
3        This motion is made upon the ground that Plaintiff's complaint fails to state a
4  claim upon which relief may be granted against Defendants as Plaintiff is collaterally estopped
5  from pursuing this action pursuant to the final judgment in the matter *Harara v. ConocoPhillips*
6  *Company, et al.*, Case No. C04-0515 BZ (Northern District of California), filed February 2004.
7        Defendants' motion is based upon this Notice of Motion and Motion to Dismiss,
8  the accompanying Memorandum of Points and Authorities, the Declaration of Jonathan
9  Eldredge, the documents listed in the Request for Judicial Notice, and on such other matter as
10 may be presented or of which the Court may take judicial notice.
11 Dated:  August 8, 2007

GLYNN & FINLEY, LLP
CLEMENT L. GLYNN
JONATHAN A. ELDREDGE
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA  94596

By _____
Attorneys for Defendants
LandAmerica Financial Group, Inc.,
LandAmerica National Commercial
Services, LandAmerica Lawyers Title
Company, and LandAmerica Commercial
Search Services Company

NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT