1  GLYNN & FINLEY, LLP
   CLEMENT L. GLYNN, Bar No. 57117
2  JONATHAN A. ELDREDGE, Bar No. 238559
   One Walnut Creek Center
3  100 Pringle Avenue, Suite 500
   Walnut Creek, CA 94596
4  Telephone: (925) 210-2800
   Facsimile: (925) 945-1975
5
   Attorneys for Defendants
6  LandAmerica Financial Group, Inc., LandAmerica
   National Commercial Services,
7  LandAmerica Lawyers Title Company, and
   LandAmerica Commercial Search Services Company
8

9

10                   UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12

13  MARWAN A. HARARA,                ) Case No. CO7-03999-SC
                                     )
14           Plaintiff,              ) **DEFENDANTS' REQUEST FOR
                                     ) JUDICIAL NOTICE IN SUPPORT OF
15      vs.                          ) THEIR MOTION TO DISMISS
                                     ) PLAINTIFF'S COMPLAINT**
16  LANDAMERICA FINANCIAL GROUP,     )
    INC., LANDAMERICA CORPORATION,   ) Date:       September 21, 2007
17  LANDAMERICA NATIONAL             ) Time:       10:00 a.m.
    COMMERCIAL SERVICES,             ) Courtroom:  1, 17th Floor
18  LANDAMERICA LAWYERS TITLE        ) Judge:      Hon. Samuel Conti
    COMPANY, AND LANDAMERICA         )
19  COMMERCIAL SEARCH SERVICES       )
    COMPANY and DOES 2 through 100,  )
20  Inclusive,                       )
                                     )
21           Defendants.             )
                                     )
22  ─────────────────────────────────

23       Defendants LandAmerica Financial Group, Inc. and dba LandAmerica National

24  Commercial Services, Lawyers Title Insurance Corporation, erroneously sued as LandAmerica

25  Lawyers Title Company, and LandAmerica Commercial Search Services Company request

26  pursuant to Federal Rules of Evidence, Rule 201 that the Court take judicial notice of the

27  documents attached to the Declaration of Jonathan A. Eldredge as Exhibits B-D. These

28  documents were filed in the action entitled *Harara v. ConocoPhillips Company, et al.*, Case No.

1    C04-0515 BZ in the United States District Court, Northern District of California and are attested

2    to in the Declaration of Jonathan A. Eldredge submitted herewith.

3        Dated: August 8, 2007

GLYNN & FINLEY, LLP
CLEMENT L. GLYNN
JONATHAN A. ELDREDGE
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596

By _____
Attorneys for Defendants
LandAmerica Financial Group, Inc.,
LandAmerica National Commercial
Services, LandAmerica Lawyers Title
Company, and LandAmerica Commercial
Search Services Company

---

- 2 -

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS