GLYNN & FINLEY, LLP
CLEMENT L. GLYNN, Bar No. 57117
JONATHAN A. ELDREDGE, Bar No. 238559
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975

Attorneys for Defendants
LandAmerica Financial Group, Inc., LandAmerica National Commercial Services,
LandAmerica Lawyers Title Company, and
LandAmerica Commercial Search Services Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARWAN A. HARARA,

    Plaintiff,

vs.

LANDAMERICA FINANCIAL GROUP, INC., LANDAMERICA CORPORATION, LANDAMERICA NATIONAL COMMERCIAL SERVICES, LANDAMERICA LAWYERS TITLE COMPANY, AND LANDAMERICA COMMERCIAL SEARCH SERVICES COMPANY and DOES 2 through 100, Inclusive,

    Defendants.

Case No. C07-03999-SC

**DECLARATION OF JONATHAN A. ELDREDGE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Date:    September 21, 2007
Time:    10:00 a.m.
Courtroom: 1, 17th Floor
Judge:   Hon. Samuel Conti

I, Jonathan A. Eldredge, say:

1. I am an attorney licensed to practice in the State of California, and I am a member of the bar of this Court. I am associated with Glynn & Finley, LLP, attorneys for Defendants LandAmerica Financial Group, Inc. and dba LandAmerica National Commercial Services, Lawyers Title Insurance Corporation, erroneously sued as LandAmerica Lawyers Title Company, and LandAmerica Commercial Search Services Company. I know the following facts of my own personal knowledge and if called upon could and would competently testify thereto.

- 1 -
DECLARATION OF JONATHAN A. ELDREDGE

2. Attached as **Exhibit A** is a true and correct copy of Plaintiff's Complaint in this matter, dated December 6, 2006.

3. Attached as **Exhibit B** is a true and correct copy of Plaintiff's "Second Amended Complaint," dated June 25, 2004. This document was filed in *Harara v. ConocoPhillips Company, et al.*, Case No. C04-0515 BZ in the United States District Court, Northern District of California. Glynn & Finley, LLP represented the defendants in that matter.

4. Attached as **Exhibit C** is a true and correct copy of the District Court's "Order Granting in Part Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint," dated September 22, 2004. This document was filed in *Harara v. ConocoPhillips Company, et al.*, Case No. C04-0515 BZ in the United States District Court, Northern District of California. Glynn & Finley, LLP represented the defendants in that matter.

5. Attached as **Exhibit D** is a true and correct copy of the District Court's "Order on Cross Motions for Summary Judgment on Plaintiff's Claims," dated April 29, 2005. This document was filed in *Harara v. ConocoPhillips Company, et al.*, Case No. C04-0515 BZ in the United States District Court, Northern District of California. Glynn & Finley, LLP represented the defendants in that matter.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 8th day of August, in Walnut Creek, California.

_____
Jonathan A. Eldredge

- 2 -
DECLARATION OF JONATHAN A. ELDREDGE