**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

**August 13, 2007**

**CASE NUMBER: CV 07-03999 SC**
**CASE TITLE: MARWAN A. HARARA-v-LANDAMERICA FINANCIAL GOURP INC.**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable BERNARD ZIMMERMAN** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **BZ** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 8/13/07

FOR THE EXECUTIVE COMMITTEE:

_____
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies
Log Book Noted

Special Projects
Entered in Computer 8/13/07AS

CASE SYSTEMS ADMINISTRATOR:
Copies to: All Counsel

Transferor CSA