1  GLYNN & FINLEY, LLP
   CLEMENT L. GLYNN, Bar No. 57117
2  JONATHAN A. ELDREDGE, Bar No. 238559
   One Walnut Creek Center
3  100 Pringle Avenue, Suite 500
   Walnut Creek, CA 94596
4  Telephone: (925) 210-2800
   Facsimile: (925) 945-1975
5
   Attorneys for Defendants
6  LandAmerica Financial Group, Inc., LandAmerica
   National Commercial Services,
7  LandAmerica Lawyers Title Company, and
   LandAmerica Commercial Search Services Company
8

9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12

13  MARWAN A. HARARA,                    )   Case No. CO7-03999-BZ
                                         )
14              Plaintiff,               )   **DEFENDANTS' AMENDED NOTICE
                                         )   OF MOTION AND MOTION TO
15       vs.                             )   DISMISS PLAINTIFF'S COMPLAINT
                                         )   (FRCP 12(B)(6))**
16  LANDAMERICA FINANCIAL GROUP,         )
    INC., LANDAMERICA CORPORATION,       )   Date:      September 19, 2007
17  LANDAMERICA NATIONAL                 )   Time:      10:00 a.m.
    COMMERCIAL SERVICES,                 )   Courtroom: G, 15th Floor
18  LANDAMERICA LAWYERS TITLE            )   Judge:     Hon. Bernard Zimmerman
    COMPANY, AND LANDAMERICA             )
19  COMMERCIAL SEARCH SERVICES           )
    COMPANY and DOES 2 through 100,      )
20  Inclusive,                           )
                                         )
21              Defendants.              )
                                         )
22  ─────────────────────────────────────

23              TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

24              PLEASE TAKE NOTICE THAT on September 19, 2007, at 10:00 a.m., or as

25  soon thereafter as the matter may be heard, before the Honorable Bernard Zimmerman,

26  defendants LandAmerica Financial Group, Inc. and dba LandAmerica National Commercial

27  Services, Lawyers Title Insurance Corporation, erroneously sued as LandAmerica Lawyers Title

28

AMENDED NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S
COMPLAINT

1  Company, and LandAmerica Commercial Search Services Company will bring on for hearing
2  their motion to dismiss Plaintiffs' complaint pursuant to Federal Rules of Civil Procedure, Rule
3  12(b)(6). The motion was originally filed and served on August 8, 2007 to be heard September
4  21, 2007 by the Honorable Samuel Conti. Pursuant to the Reassignment Order, dated August 13,
5  2007, Defendants are re-noticing this motion to be heard by Magistrate Judge Zimmerman.

6        As set forth in the original motion, this motion is made upon the ground that
7  Plaintiff's complaint fails to state a claim upon which relief may be granted against Defendants
8  as Plaintiff is collaterally estopped from pursuing this action pursuant to the final judgment in the
9  matter *Harara v. ConocoPhillips Company, et al.*, Case No. C04-0515 BZ (Northern District of
10  California), filed February 2004.

11        Defendants' motion is based upon this Amended Notice of Motion and Motion to
12  Dismiss, the previously filed and served Memorandum of Points and Authorities, Declaration of
13  Jonathan Eldredge, documents listed in the Request for Judicial Notice, and on such other matter
14  as may be presented or of which the Court may take judicial notice.

15  Dated: August 15, 2007

GLYNN & FINLEY, LLP
CLEMENT L. GLYNN
JONATHAN A. ELDREDGE
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596

By _____
Attorneys for Defendants
LandAmerica Financial Group, Inc.,
LandAmerica National Commercial
Services, LandAmerica Lawyers Title
Company, and LandAmerica Commercial
Search Services Company

- 2 -
AMENDED NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S
COMPLAINT