# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA   94102

**RICHARD W. WIEKING**
Clerk of the Court

(415) 522-2015

August 20, 2007

To:   Marwan A. Harara
      3220 Contreras Place
      Hayward, CA 94542

      Jonathan A. Eldredge
      Clement L. Glynn
      Glynn & Finley, LLP
      One Walnut Creek Center
      100 Pringle Avenue, Suite 500
      Walnut Creek, CA 94596

      Re: Marwan A. Harara v. Landamerica Financial Group, Inc., et al.

Dear Sirs:

At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman. A hearing has since been scheduled for September 19, 2007 at 10:00 a.m. To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636©, each party must consent to, or decline to proceed before, Judge Zimmerman. We have no record of your decision.

Enclosed please find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline. A party is free to withhold consent without adverse consequences. Please complete and file the appropriate form within   5 calendar days.

Sincerely,

Richard W. Wieking, Clerk
United States District Court

By:   /s/ Lashanda Scott
      Lashanda Scott
      Courtroom Deputy

N:\FORMS\CONSENTPROPER.LTR.wpd