ARLO H. SMITH #96971
66 San Fernando Way
San Francisco, CA 94127
(415) 681-9572
halesf7@aol.com

Attorney for Plaintiff
Marwan Harara

UNITED STATES DISTRICT COURT,  NORTHERN DISTRICT OF CALIFORNIA

Marwan A. Harara,                                                       No. C  07-3999 BZ

    Plaintiff                                                       **SUBSTITUTION OF COUNSEL**

LandAmerica Financial Group, Inc. et al

    Defendant(s).
_____/

    Marwan Harara hereby substitutes Arlo Hale Smith, whose address, phone and

email are as stated above, as his attorney for the within matter.

DATED:  8/20/07                               _____/s/_____
                                                                Marwan Harara

    Above Substitution Accepted:

Dated: 8/20/07                                   _____/S/_____
                                                                ARLO HALE SMITH
                                                                Counsel for Plaintiff Marwan Harara

Substitution of Counsel