UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

Marwan A. Harara,

    Plaintiff,

v.

LandAmerica Financial Group, Inc. et al

    Defendant(s).
_____/

No. C 07-3999 BZ

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 8/20/07    Signature_____/S/_____
                               ARLO HALE SMITH
                               Counsel for Plaintiff Marwan Harara

Declination To Consent To Magistrate