1  GLYNN & FINLEY, LLP
   CLEMENT L. GLYNN, Bar No. 57117
2  JONATHAN A. ELDREDGE, Bar No. 238559
   One Walnut Creek Center
3  100 Pringle Avenue, Suite 500
   Walnut Creek, CA 94596
4  Telephone: (925) 210-2800
   Facsimile: (925) 945-1975
5
   Attorneys for Defendants
6  LandAmerica Financial Group, Inc., LandAmerica
   National Commercial Services,
7  LandAmerica Lawyers Title Company, and
   LandAmerica Commercial Search Services Company
8

9

10               UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12

13 MARWAN A. HARARA,                ) Case No. CO7-03999-WHA
                                    )
14         Plaintiff,                ) **DEFENDANTS' SECOND AMENDED
                                    ) NOTICE OF MOTION AND MOTION
15    vs.                           ) TO DISMISS PLAINTIFF'S
                                    ) COMPLAINT (FRCP 12(B)(6))**
16 LANDAMERICA FINANCIAL GROUP,     )
   INC., LANDAMERICA CORPORATION,   ) Date:       September 27, 2007
17 LANDAMERICA NATIONAL             ) Time:       8:00 a.m.
   COMMERCIAL SERVICES,             ) Courtroom: 9, 19th Floor
18 LANDAMERICA LAWYERS TITLE        ) Judge:      Hon. William H. Alsup
   COMPANY, AND LANDAMERICA         )
19 COMMERCIAL SEARCH SERVICES       )
   COMPANY and DOES 2 through 100,  )
20 Inclusive,                       )
                                    )
21         Defendants.               )
                                    )
22 ─────────────────────────────────)

23       TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

24       PLEASE TAKE NOTICE THAT on September 27, 2007, at 8:00 a.m., or as soon

25 thereafter as the matter may be heard, before the Honorable William H. Alsup, defendants

26 LandAmerica Financial Group, Inc. and dba LandAmerica National Commercial Services,

27 Lawyers Title Insurance Corporation, erroneously sued as LandAmerica Lawyers Title Company,

28

- 1 -
SECOND AMENDED NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S
COMPLAINT

1  and LandAmerica Commercial Search Services Company will bring on for hearing their motion
2  to dismiss Plaintiffs' complaint pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6).
3              The motion was originally filed and served on August 8, 2007 to be heard
4  September 21, 2007 by the Honorable Samuel Conti. Pursuant to the Reassignment Order, dated
5  August 13, 2007, Defendants re-noticed this motion to be heard by Magistrate Judge Zimmerman
6  on September 19, 2007. Plaintiff subsequently denied consent to the assignment to Magistrate
7  Judge Zimmerman and the case was re-assigned. Pursuant to the second Reassignment Order,
8  dated August 27, 2007, Defendants are re-noticing this motion to be heard by Judge William H.
9  Alsup.
10             As set forth in the original motion, this motion is made upon the ground that
11 Plaintiff's complaint fails to state a claim upon which relief may be granted against Defendants
12 as Plaintiff is collaterally estopped from pursuing this action pursuant to the final judgment in the
13 matter *Harara v. ConocoPhillips Company, et al.*, Case No. C04-0515 BZ (Northern District of
14 California), filed February 2004.
15             Defendants' motion is based upon this Second Amended Notice of Motion and
16 Motion to Dismiss, the previously filed and served Memorandum of Points and Authorities,
17 Declaration of Jonathan Eldredge, documents listed in the Request for Judicial Notice, and on
18 such other matter as may be presented or of which the Court may take judicial notice.
19
20 Dated:  August 28, 2007

                                        GLYNN & FINLEY, LLP

                                        By_____
                                        Attorneys for Defendants
                                        LandAmerica Financial Group, Inc.,
                                        LandAmerica National Commercial
                                        Services, LandAmerica Lawyers Title
                                        Company, and LandAmerica Commercial
                                        Search Services Company

- 2 -
SECOND AMENDED NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT