```
ARLO H. SMITH #96971
66 San Fernando Way
San Francisco, CA 94127
(415) 681-9572
halesf7@aol.com

Attorney for Plaintiff
Marwan Harara
```

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marwan A. Harara, | No. C 07-3999 WHA |
| Plaintiff | **NOTICE OF MOTION AND** |
| vs. | **MOTION TO REMAND** |
| LandAmerica Financial Group, Inc. et al | Hearing:   10/11/07 |
| | 8:00 AM |
| Defendant(s). | Courtroom 9 |
| _____/ | 19th Floor |
| | San Francisco |

Notice is hereby given that at the above date, time and location, 400 Golden Gate Ave., San Francisco, CA, plaintiff Marwan Harara will move the court for an order remanding this case to the Superior Court, County of Alameda.

Said motion will be made on the basis of this notice, the accompanying declaration and points and authorities and on the grounds stated therein, the files, papers and records herein, and such other and further matters as may be offered at or before the hearing.

DATED: 8/30/07

_____/S/_____
**ARLO HALE SMITH**
Attorney for Plaintiff

# MEMORANDUM OF POINTS AND AUTHORITIES

28 USC Sec. 1446 provides in pertinent part:

> . . . (b) The notice of removal of a civil action or proceeding shall be filed **within thirty days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based**, or within thirty days after the service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is shorter. . . .

Emphasis added.

This 30-day time limit for removal is mandatory, and must be strictly complied with. *United States ex rel Walker vs. Gunn* (9th Cir. 1975) 423 U.S. 849.

The 30-day limit for removal begins to run from the time the first defendant receives a copy of the state court complaint setting forth a removable claim. *Buchanan vs. Lott* (D NJ 2003) 255 F.Supp. 326; *Adams vs. Charter Communs VII, LLC* (MD AL 2005) 356 F.Supp. 2d 1268; *Pic-Mount Corp. vs. Stoffel Seals Corp.* (D.NV 1989) 708 F.Supp.1113; *Greensmith Co. vs. Com Systems, Inc.* (D NJ 1992) 796 F.Supp. 812.

In this case, the first defendant served herein was served on **May 30, 2007.**

On **June 29, 2007,** defendants appeared at a case management conference for this case in Alameda County Superior Court and requested affirmative relief from the state court in the form of an extension of time to pleas, which was granted. Said appearance indicates defendants' prior receipt of the complaint in this case.

2

1  Both the **May 30, 2007** and **June 29, 2007** events were **more than 30 days before** the case was removed to this court on **August 3, 2007.**

Since defendants failed to remove within the 30-day limit set by 28 USC Sec. 1446 (b), this case must be remanded to the state court.

Dated: 8/30/07                           _____/S/_____
                                         ARLO HALE SMITH
                                         Counsel for Plaintiff Marwan Harara