ARLO H. SMITH #96971
66 San Fernando Way
San Francisco, CA 94127
(415) 681-9572
halesf7@aol.com

Attorney for Plaintiff
Marwan Harara

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marwan A. Harara,<br><br>    Plaintiff<br><br>vs.<br><br>LandAmerica Financial Group, Inc. et al<br><br>    Defendant(s).<br>_____/ | No. C  07-3999 WHA<br><br>**DECLARATION  IN SUPPORT OF MOTION TO REMAND**<br><br>Hearing:   10/11/07<br>               8:00 AM<br>               Courtroom 9<br>               19th Floor<br>               San Francisco |

**DECLARATION OF ARLO HALE SMITH**

I, ARLO HALE SMITH, declare under penalty of perjury under the laws of the United States  as follows:

1. All facts stated herein are true and correct of my personal knowledge and if  called as a witness, I could and would competently testify thereto.

2. Attached herewith as Exhibit 1  is a true and correct copy of a proof of service for the first defendant served herein, which service occurred on May 30, 2007.

3. On June 29, 2007, defendants appeared at a case management

conference for this case in Alameda County Superior Court and requested

affirmative relief from the state court in the form of an extension of time to

pleas, which was granted.  Said appearance indicates defendants' prior

receipt of the complaint in this case.

        I declare under penalty of perjury under the laws of California that the

foregoing  is  true  and correct.


        DATED: 8/30/07

                                        _____/S/_____
                                        **ARLO HALE SMITH**
                                        Attorney for Plaintiff