```
HARARA, MARWAN   Bar#
P.O. BOX 590651
SAN FRANCISCO, CA  94159
Telephone No: (510) 303-2745
Attorney for: PLAINTIFF

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
ALAMEDA


Plaintiff/Petitioner: HARARA                    Case Number:RG06301116
Defendant/Respondent: LANDAMERICA               Ref/File No.:13862


1. At the time of service I was at least 18 years of age and not a
party to this action.

2. I served a copy of the  SUMMONS AND COMPLAINT; ADR PACKAGE; CASE
MANAGEMENT ORDER

3. a.     Party served:      LANDAMERICA COMMERCIAL SEARCH SERVICES
COMPANY AS DOE 1

   b.     Person served:     JESSICA CHAVEZ, PERSON AUTHORIZED TO ACCEPT
SERVICE OF PROCESS

4.               Address:    818 W. 7TH ST.
                             LOS ANGELES, CA  90017
                             Business Address

5. I served the party named in item 3a
   a.    by personal service. I personally delivered the documents
listed in item 2 to the party or person authorized to receive service of
process (1) on (date): May 30th, 2007 (2) at (time):  1:50 PM

6. The "Notice to the person served" (on the summons) was
      completed as follows:
   c.   on behalf of: LANDAMERICA COMMERCIAL SEARCH SERVICES COMPANY AS
DOE 1
        under:  CCP 416.10 (corporation)

7. Person serving:
   a. M. FORT                           d. Fee for service: $35.00
   b. LEGAL SUPPORT SERVICES, INC.      e. I am (3) Registered
      1262 1/2 W. 2ND STREET               California Process Server
      LOS ANGELES, CA  90026              (i) Independent Contractor
   c. (213) 250-0228                      (ii) Registration No.:3467
                                          (iii) County: LOS ANGELES

8. I declare under penalty of perjury under the laws of the State of
   California that the foregoing is true and correct.

   Date: May 30th, 2007       Signature:_____
                                        M. FORT

Jud. Coun. form POS-010    PROOF OF SERVICE OF SUMMONS
(Rev. January 1, 2007)
```