# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:04-cv-00515-BZ

Harara v. ConocoPhillips Company et al
Assigned to: Magistrate Judge Bernard Zimmerman
Demand: $0
Cause: 15:2801 Petroleum Marketing Practices Act

Date Filed: 02/06/2004
Date Terminated: 07/15/2005
Jury Demand: Both
Nature of Suit: 290 Real Property: Other
Jurisdiction: Federal Question

### Plaintiff

**Marwan Ahmed Harara**
*individually & on behalf of himself
& the General Public of the State
of California*

represented by

**Marwan Ahmed Harara**
3220 Contreras Place
Hayward, CA 94542
510-888-9511
PRO SE

V.

### Defendant

**ConocoPhillips Company**
*a Texas Corporation*

represented by

**Adam Friedenberg**
Glynn & Finley, LLP
One Walnut Creek Center
100 Pringle Avenue
Suite 500
Walnut Creek, CA 94596
925-210-2800
Fax: 925-945-1975
Email:
afriedenberg@glynnfinley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Clement L. Glynn**
Glynn & Finley
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
925-210-2800
Fax: 925-945-1975
Email: cglynn@glynnfinley.com

*ATTORNEY TO BE NOTICED*

**Jeffery Lowell Podawiltz**
Glynn & Finley
100 Pringle Avenue Ste 500
Walnut Creek, CA 94596
925/210-2800
Email: jpod@chevron.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Dean Richard Masterton**<br>*TERMINATED: 11/15/2004* | represented by | **Adam Friedenberg**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Clement L. Glynn**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Jeffery Lowell Podawiltz**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Counter-claimant**

**ConocoPhillips Company**
*a Texas Corporation*

V.

**Counter-defendant**

| | | |
|---|---|---|
| **Marwan Ahmed Harara**<br>*individually & on behalf of himself*<br>*& the General Public of the State*<br>*of California* | represented by | **Marwan Ahmed Harara**<br>(See above for address)<br>PRO SE |

| Date Filed | # | Docket Text |
|---|---|---|
| 02/06/2004 | 1 | COMPLAINT & Demand For Jury Trial - [Summons Issued] |

|  |  | against ConocoPhillips Company & Dean Richard Masterton, [Filing Fee: $150.00, Receipt No. 4409058]. Filed by Plaintiff Marwan Ahmed Harara. (tn, COURT STAFF) (Filed on 2/6/2004) (Entered: 02/12/2004) |
|---|---|---|
| 02/06/2004 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 6/7/2004. Initial Case Management Conference set for 4:00 p.m. on 6/14/2004. (tn, COURT STAFF) (Filed on 2/6/2004) (Entered: 02/12/2004) |
| 02/06/2004 |  | Summons Issued as to ConocoPhillips Company. (tn, COURT STAFF) (Filed on 2/6/2004) (Entered: 02/12/2004) |
| 02/06/2004 |  | Summons Issued as to Dean Richard Masterton. (tn, COURT STAFF) (Filed on 2/6/2004) (Entered: 02/12/2004) |
| 02/06/2004 |  | RECEIVED ORDER: [Proposed] Lis Pendens Submitted by Plaintiff Marwan Ahmed Harara. (tn, COURT STAFF) (Filed on 2/6/2004) (Entered: 02/12/2004) |
| 02/06/2004 | 3 | CERTIFICATE OF SERVICE by Marwan Ahmed Harara re Received Order *Lis Pendens.* (tn, COURT STAFF) (Filed on 2/6/2004) (Entered: 02/12/2004) |
| 02/26/2004 | 4 | STIPULATION *TO EXTEND TIME TO PLEAD (WITH PROOF OF SERVICE BY MAIL)* by ConocoPhillips Company, Dean Richard Masterton. (Podawiltz, Jeffrey) (Filed on 2/26/2004) (Entered: 02/26/2004) |
| 03/01/2004 | 5 | ORDER Signed by Mag. Judge Bernard Zimmerman on 3/1/04 DENYING Plaintiff's Request for Lis Pendens with Leave to Amend.(tn, COURT STAFF) (Filed on 3/1/2004) (Entered: 03/03/2004) |
| 03/01/2004 | 6 | FIRST AMENDED COMPLAINT against ConocoPhillips Company, Dean Richard Masterton & Does 1 through 100, Inclusive Filed by Plaintiff Marwan Ahmed Harara. (tn, COURT STAFF) (Filed on 3/1/2004) (Entered: 03/03/2004) |
| 03/01/2004 | 7 | CERTIFICATE OF SERVICE by Marwan Ahmed Harara re [6] Amended Complaint (tn, COURT STAFF) (Filed on 3/1/2004) (Entered: 03/03/2004) |
| 03/04/2004 | 8 | NOTICE of LIS PENDENS Filed by Plaintiff Marwan Ahmed Harara. (tn, COURT STAFF) (Filed on 3/4/2004) (Entered: 03/04/2004) |
| 03/04/2004 | 9 | CERTIFICATE OF SERVICE by Marwan Ahmed Harara re [8] Notice of Lis Pendens (tn, COURT STAFF) (Filed on 3/4/2004) (Entered: 03/04/2004) |

| 03/08/2004 | 10 | CONSENT to Proceed Before a US Magistrate Judge by ConocoPhillips Company, Dean Richard Masterton.. (Friedenberg, Adam) (Filed on 3/8/2004) (Entered: 03/08/2004) |
|---|---|---|
| 03/09/2004 | 11 | STIPULATION *TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT* by ConocoPhillips Company, Dean Richard Masterton. (Podawiltz, Jeffrey) (Filed on 3/9/2004) (Entered: 03/09/2004) |
| 03/09/2004 | 12 | Memorandum in Opposition *To Plaintiff's Request for Lis Pendens* filed by ConocoPhillips Company, Dean Richard Masterton. (Podawiltz, Jeffrey) (Filed on 3/9/2004) (Entered: 03/09/2004) |
| 03/12/2004 | 13 | ORDER Signed by Mag. Judge Bernard Zimmerman on 3/11/04 Setting Hearing & Briefing Schedule: Plaintiff's Application is set for 4/14/04 at 10:00 a.m.; Any Reply to Defendant's Opposition shall be filed no later than 3/24/04; Any Response to Plaintiff's Reply shall be filed no later than 3/31/04.(tn, COURT STAFF) (Filed on 3/12/2004) (Entered: 03/17/2004) |
| 03/24/2004 | 14 | REPLY to Defendant's Opposition to Plaintiff's Application for a Lis Pendens re 12 Filed by Plaintiff Marwan Ahmed Harara. (tn, COURT STAFF) (Filed on 3/24/2004) (Entered: 03/25/2004) |
| 03/24/2004 | 15 | CERTIFICATE OF SERVICE by Marwan Ahmed Harara re [14]*Reply to Opposition to Application for a Lis Pendens.* (tn, COURT STAFF) (Filed on 3/24/2004) (Entered: 03/25/2004) |
| 03/31/2004 | 16 | Reply to Opposition *to Plaintiff's Request for Lis Pendens* filed by ConocoPhillips Company, Dean Richard Masterton. (Friedenberg, Adam) (Filed on 3/31/2004) (Entered: 03/31/2004) |
| 04/05/2004 | 17 | MOTION to Dismiss *Plaintiff's Second through Eighteenth Claims for Relief for Failure to State a Claim* filed by ConocoPhillips Company, Dean Richard Masterton. Motion Hearing set for 6/2/2004 10:00 AM. (Attachments: # 1 Memorandum of Points and Authorities in Support of Defendants' Motion to Dismiss# 2 Proposed Order # 3 Proof of Service by U.S. Mail)(Friedenberg, Adam) (Filed on 4/5/2004) (Entered: 04/05/2004) |
| 04/14/2004 | 18 | CIVIL MINUTES ENTRY: [Court Reporter: David Disbrow - 10:10-10:19] Plaintiff's Application for a Lis Pendens -- Matter Submitted; The Court is willing to grant the application for a lis pendens. The Plaintiff will write a letter to the Court notifying |

| | | |
|---|---|---|
| | | the Court of their decision. The letter is due within 48 hours; Order to be prepared by the Court. (tn, COURT STAFF) (Date Filed: 4/14/2004) (Entered: 04/15/2004) |
| 04/26/2004 | 19 | ORDER Signed by Mag. Judge Bernard Zimmerman on 4/26/04 re Lis Pendens. (tn, COURT STAFF) (Filed on 4/26/2004) (Entered: 04/27/2004) |
| 05/12/2004 | 20 | MEMORANDUM in OPPOSITION to Defendants' re 17 MOTION to Dismiss *Plaintiff's Second through Eighteenth Claims for Relief for Failure to State a Claim* Filed by Pro se Plaintiff Marwan Ahmed Harara. (tn, COURT STAFF) (Filed on 5/12/2004) (Entered: 05/12/2004) |
| 05/12/2004 | 21 | DECLARATION of Plaintiff Marwan A. Harara in Support of its Opposition to Motion to Dismiss [20] Filed by Pro se Plaintiff Marwan Ahmed Harara. (Related document(s)[20]).(tn, COURT STAFF) (Filed on 5/12/2004) (Entered: 05/12/2004) |
| 05/12/2004 | | RECEIVED ORDER: [Proposed] Order Denying Defendants' Motion to Dismiss re 17 Submitted by Pro se Plaintiff Marwan Ahmed Harara. (tn, COURT STAFF) (Filed on 5/12/2004) (Entered: 05/12/2004) |
| 05/12/2004 | 22 | CERTIFICATE OF SERVICE by Marwan Ahmed Harara re [20] Memorandum in Opposition,, [21] Declaration in Support *& [proposed] order.* (tn, COURT STAFF) (Filed on 5/12/2004) (Entered: 05/12/2004) |
| 05/19/2004 | 23 | Reply to Opposition *in Support of Defendants' Motion to Dismiss* filed by ConocoPhillips Company, Dean Richard Masterton. (Attachments: # 1 Errata Defendants' Notice of Errata# 2 Proof of Service by Facsimile and U.S. Mail)(Friedenberg, Adam) (Filed on 5/19/2004) (Entered: 05/19/2004) |
| 05/28/2004 | 24 | NOTICE of Change of Address Filed by Pro se Plaintiff Marwan Ahmed Harara. (tn, COURT STAFF) (Filed on 5/28/2004) (Entered: 05/28/2004) |
| 05/28/2004 | 25 | CERTIFICATE OF SERVICE by Marwan Ahmed Harara re [24] Notice of Change of Address (tn, COURT STAFF) (Filed on 5/28/2004) (Entered: 05/28/2004) |
| 06/03/2004 | 26 | CIVIL MINUTES ENTRY: [Kathy Wyatt -10:34-11:19] Defendant's Motion to Dismiss Second through Eighteenth Claims -- Submitted; Order to be prepared by the Court. (tn, COURT STAFF) (Date Filed: 6/3/2004) (Entered: 06/04/2004) |

| | | |
|---|---|---|
| 06/03/2004 | 28 | ORDER Signed by Mag. Judge Bernard Zimmerman on 6/2/04 that Defendant's Motion to Dismiss is Granted in Part & Denied in Part re 17. Plaintiff's second through fourth, and ninth through eighteenth claims are DISMISSED with LEAVE TO AMEND no later than 6/25/04. (tn, COURT STAFF) (Filed on 6/3/2004) (Entered: 06/08/2004) |
| 06/07/2004 | 27 | CASE MANAGEMENT STATEMENT *AND RULE 26(F) REPORT AND [PROP] ORDER WITH PROOF OF SEVICE BY MAIL* filed by ConocoPhillips Company, Dean Richard Masterton. (Friedenberg, Adam) (Filed on 6/7/2004) (Entered: 06/07/2004) |
| 06/07/2004 | 29 | CLERK'S NOTICE Regarding Filing of Consent/Declination to Proceed before a United States Magistrate Judge. (tn, COURT STAFF) (Filed on 6/7/2004) (Entered: 06/08/2004) |
| 06/07/2004 | 30 | CASE MANAGEMENT STATEMENT AND RULE 26(f) REPORT & [Proposed] Order Filed by Pro se Plaintiff Marwan Ahmed Harara. (tn, COURT STAFF) (Filed on 6/7/2004) (Entered: 06/08/2004) |
| 06/07/2004 | 31 | CERTIFICATE OF SERVICE by Marwan Ahmed Harara re [30] Case Management Statement (tn, COURT STAFF) (Filed on 6/7/2004) (Entered: 06/08/2004) |
| 06/07/2004 | 32 | SERVICE OF SUMMONS Returned Executed Upon Defendant Dean Richard Masterton, Served Personally to Judy Masterton on 2/9/2004. (tn, COURT STAFF) (Filed on 6/7/2004) (Entered: 06/08/2004) |
| 06/07/2004 | 33 | SERVICE OF SUMMONS Returned Executed Upon Defendant ConocoPhillips Company, Served Personally to Rhonda McCarty on 2/9/2004. (tn, COURT STAFF) (Filed on 6/7/2004) (Entered: 06/08/2004) |
| 06/14/2004 | 34 | CONSENT to Proceed Before a United States Magistrate Judge Filed by Pro se Plaintiff Marwan Ahmed Harara. (tn, COURT STAFF) (Filed on 6/14/2004) (Entered: 06/15/2004) |
| 06/15/2004 | 35 | CIVIL MINUTES ENTRY: [Court Reporter: 4:06-4:15] Initial Case Management Conference -- Held before Mag. Judge Zimmerman. Case referred to Early Neutral Evaluation Program. Session to occur within 60 to 90 days. Order to be prepared by the Court. (tn, COURT STAFF) (Date Filed: 6/15/2004) (Entered: 06/16/2004) |
| 06/16/2004 | 36 | ORDER SCHEDULING JURY TRIAL & PRETRIAL MATTERS Signed by Mag. Judge Bernard Zimmerman; Jury |

|  |  | Trial set for 6/13/05 at 8:30 a.m.; Pretrial Conference set for 4:00 p.m. on 5/31/2005; Last day to hear dispositive Motions 4/27/05; Last day for Expert Discovery 3/18/05; Last day for Expert Disclosure 3/11/05; Close of Non-expert discovery 3/4/05; This matter is referred to the ADR Department to schedule an Early Neutral Evaluation or Mediation, whichever it determines is most appropriate & This case has been referred for assignment to a Mag. Judge to conduct a Settlement Conference in February 2005 in the event the case is not resolved at the Mediation/Early Neutral Evaluation. (tn, COURT STAFF) (Filed on 6/16/2004) (Entered: 06/16/2004) |
|---|---|---|
| 06/16/2004 |  | CASE REFERRED to Magistrate Judge Edward M. Chen for Settlement (wh, COURT STAFF) (Filed on 6/16/2004) (Entered: 06/16/2004) |
| 06/18/2004 | 37 | ADR Clerk's Notice Setting ADR Phone Conference on Thursday, July 1, 2004 at 10:00 AM. ADR Unit will initiate the call. (af, COURT STAFF) (Filed on 6/18/2004) (Entered: 06/18/2004) |
| 06/25/2004 | 38 | SECOND AMENDED COMPLAINT Filed by Plaintiff Marwan Ahmed Harara. (tn, COURT STAFF) (Filed on 6/25/2004) (Entered: 06/28/2004) |
| 06/25/2004 | 39 | CERTIFICATE OF SERVICE by Marwan Ahmed Harara re [38] Amended Complaint *(Second)*. (tn, COURT STAFF) (Filed on 6/25/2004) (Entered: 06/28/2004) |
| 07/01/2004 |  | ADR Phone Conference by HAH held on 7/1/2004. (af, COURT STAFF) (Filed on 7/1/2004) (Entered: 07/13/2004) |
| 07/06/2004 |  | RECEIVED ORDER: Stipulation & [Proposed] Order Extending Defendants' Time to Respond to the Second Amended Complaint Submitted by Parties ConocoPhillips Company, Marwan Ahmed Harara & Dean Richard Masterton. (tn, COURT STAFF) (Filed on 7/6/2004) (Entered: 07/07/2004) |
| 07/08/2004 | 40 | STIPULATION by Parties And ORDER Signed by Mag. Judge Bernard Zimmerman that Defendants shall have to and through 7/23/04 to respond to Plaintiff's Second Amended Complaint. (tn, COURT STAFF) (Filed on 7/8/2004) (Entered: 07/08/2004) |
| 07/13/2004 | 41 | ADR Clerk's Notice Appointing Philip S. Keith as ENE Evaluator dated 7/13/2004. (af, COURT STAFF) (Filed on 7/13/2004) (Entered: 07/13/2004) |
| 07/19/2004 | 42 | Letter to parties dated 7/16/2004 from Evaluator, Philip S. Keith, confirming his appointment and requesting parties' |

| | | |
|---|---|---|
| | | availability for the required pre-session telephone conference call. (af, COURT STAFF) (Filed on 7/19/2004) (Entered: 07/19/2004) |
| 07/23/2004 | 43 | NOTICE OF MOTION & MOTION To Dismiss The Fourth, Sixth Through Tenth & Fifteenth Through Twenty-Second Claims of Plaintiff's Second Amended Complaint For Relief For Failure To State A Claim (Fed.R.Civ.P. 12(b)(6)). Filed by Defendants ConocoPhillips Company & Dean Richard Masterton. Motion Hearing set for 10:00 a.m. on 9/15/2004. (tn, COURT STAFF) (Filed on 7/23/2004) (Entered: 07/26/2004) |
| 07/23/2004 | 44 | MEMORANDUM of Points & Authorties in Support Motion To Dismiss Plaintiff's Second Amended Complaint re [43]. Filed by Defendants ConocoPhillips Company & Dean Richard Masterton. (Related document(s)[43]).(tn, COURT STAFF) (Filed on 7/23/2004) (Entered: 07/26/2004) |
| 07/23/2004 | 45 | CERTIFICATE OF SERVICE by ConocoPhillips Company, Dean Richard Masterton re [43] MOTION to Dismiss, [44] Memorandum in Support (tn, COURT STAFF) (Filed on 7/23/2004) (Entered: 07/26/2004) |
| 08/02/2004 | 46 | STIPULATION AND ORDER Signed by Mag. Judge Bernard Zimmerman on 8/2/04 Extending ADR Deadline to 9/29/04. (tn, COURT STAFF) (Filed on 8/2/2004) (Entered: 08/04/2004) |
| 08/18/2004 | | Set/Reset Hearings: ENE Hearing set for 9/28/2004 01:00 PM., in the Law Offices of Philip Keith 44 Montgomery Street, Suite 1050, San Francisco, CA.(af, COURT STAFF) (Filed on 8/18/2004) (Entered: 08/18/2004) |
| 08/25/2004 | 47 | Memorandum in OPPOSITION to Defendants' MOTION to Dismiss Second Amended Complaint re [43] Filed by Pro se Plaintiff Marwan Ahmed Harara. (tn, COURT STAFF) (Filed on 8/25/2004) (Entered: 08/27/2004) |
| 08/25/2004 | 48 | CERTIFICATE OF SERVICE by Marwan Ahmed Harara re [47] Memorandum in Opposition (tn, COURT STAFF) (Filed on 8/25/2004) (Entered: 08/27/2004) |
| 09/01/2004 | 49 | REPLY in Support of MOTION to Dismiss Plaintiff's Second Amended Complaint re [43]. Filed by Plaintiffs ConocoPhillips Company & Dean Richard Masterton. (tn, COURT STAFF) (Filed on 9/1/2004) (Entered: 09/02/2004) |
| 09/15/2004 | 50 | CORRECTIVE ORDER. Signed by Magistrate Judge Bernard Zimmerman on 9/14/2004. (Attachments: # 1)(bzsec, COURT STAFF) (Filed on 9/15/2004) (Entered: 09/15/2004) |

| | | |
|---|---|---|
| 09/15/2004 | 51 | Minute Entry: Motion Hearing held on 9/15/2004 before Magistrate Judge Bernard Zimmerman (Date Filed: 9/15/2004) re [43] MOTION to Dismiss filed by ConocoPhillips Company, Dean Richard Masterton. (Court Reporter Jeanne Bishop - 10:31-11:16) (ls, COURT STAFF) (Date Filed: 9/15/2004) (Entered: 09/15/2004) |
| 09/15/2004 | 52 | AMENDED Minute Entry: Motion Hearing held on 9/15/2004 before Magistrate Judge Bernard Zimmerman (Date Filed: 9/15/2004). (Court Reporter Jeanne Bishop - 10:31-11:16) (ls, COURT STAFF) (Date Filed: 9/15/2004) (Entered: 09/15/2004) |
| 09/23/2004 | 53 | ORDER Signed by Mag. Judge Bernard Zimmerman on 9/22/04 GRANTING in Part Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint re [43]. (tn, COURT STAFF) (Filed on 9/23/2004) (Entered: 09/24/2004) |
| 09/30/2004 | 54 | CLERK'S NOTICE Scheduling Telephonic Conference re Discovery Dispute to 10/1/04 at 10:15 a.m. (tn, COURT STAFF) (Filed on 9/30/2004) (Entered: 10/01/2004) |
| 10/04/2004 | 55 | CERTIFICATION OF ENE Session held on 9/28/2004, case did not settle, another session scheduled for 60 to 90 days, ADR process continuing. Filed by Evaluator, Philip S. Keith, dated 9/28/2004. (af, COURT STAFF) (Filed on 10/4/2004). (Entered: 10/04/2004) |
| 10/04/2004 | 56 | CIVIL MINUTES ENTRY: [Court Reporter: TC-34-04] Discovery Conference -- Held Before Mag. Judge Zimmerman on 10/1/04. (tn, COURT STAFF) (Date Filed: 10/4/2004) (Entered: 10/05/2004) |
| 10/20/2004 | 57 | NOTICE & ORDER Signed by Mag. Judge Edward M. Chen on 10/20/04 Setting Settlement Conference to 2/24/05 at 9:30 a.m.(tn, COURT STAFF) (Filed on 10/20/2004) (Entered: 10/21/2004) |
| 10/20/2004 | | Set Deadlines/Hearings:, Set/Reset Deadlines as to, Set/Reset Deadlines:, Set/Reset Hearings:, Set/Reset Scheduling Order Deadlines:, Set/Reset Trial Management Order Deadlines: Settlement Conference re-set for 2/24/2005 09:30 AM. (tn, COURT STAFF) (Filed on 10/20/2004) (Entered: 10/21/2004) |
| 11/01/2004 | 58 | ANSWER to Plaintiff's Second Amended Complaint re [38] & COUNTERCLAIMS for Breach of Contract, Goods Sold & Delivered, Express Indemnity, Equitable Indemnity & Negligence. Filed by Defendant ConocoPhillips Company. (tn, COURT STAFF) (Filed on 11/1/2004) (Entered: 11/02/2004) |

| 11/12/2004 | | SUBPOENA In A Civil Case Issued Upon Romana Usman, Landamerica Commercial Search Services Co., Harcharan S. Sanghera, Land America Commercial Services, Landamerica, Corporation, Patricio O. Escobar, Globe Business & Commercial Brokers & Khalid Usman. (tn, COURT STAFF) (Entered: 11/15/2004) |
| --- | --- | --- |
| 11/15/2004 | 59 | JUDGMENT as to Defendant Dean Richard Masterton Signed by Mag. Judge Bernard Zimmerman on 11/10/04. (tn, COURT STAFF) (Filed on 11/15/2004) (Entered: 11/17/2004) |
| 11/22/2004 | 60 | NOTICE OF MOTION & MOTION with MEMORANDUM of Points & Authorities in Support of Motion To Dismiss Pursuant To Rule 12(b)(6) Defendant Conocophillips Company's First, Third, Fourth & Fifth Counterclaims. Filed by Pro se Plaintiff Marwan Ahmed Harara. Motion Hearing set for 10:00 a.m. on 1/5/2005. (tn, COURT STAFF) (Filed on 11/22/2004) (Entered: 11/23/2004) |
| 11/22/2004 | 61 | CERTIFICATE OF SERVICE by Marwan Ahmed Harara re [60] MOTION to Dismiss (tn, COURT STAFF) (Filed on 11/22/2004) (Entered: 11/23/2004) |
| 11/24/2004 | 62 | ORDER Setting Hearing & Briefing Schedule Signed by Mag. Judge Bernard Zimmerman on 11/24/04: Re-setting Hearing on Motion to Dismiss Conocophillips' first, third, fourth & fifth counterclaims re [60] on 2/2/2005 at 10:00 AM.; Any opposition to counter-defendant's motion shall be filed no later than 12/13/04 & any reply to counter-claimant's opposition shall be filed no later than 12/24/04. (tn, COURT STAFF) (Filed on 11/24/2004) (Entered: 11/30/2004) |
| 12/13/2004 | 63 | OPPOSITION to Plaintiff's MOTION To Dismiss re [60]. Filed by Defendant/Counter-claimant ConocoPhillips Company. (tn, COURT STAFF) (Filed on 12/13/2004) (Entered: 12/15/2004) |
| 12/27/2004 | 64 | REPLY to Defendant's Opposition to the Motion to Dismiss re [60]. Filed by Plaintiff Marwan Ahmed Harara. (tn, COURT STAFF) (Filed on 12/27/2004) (Entered: 12/29/2004) |
| 12/27/2004 | 65 | NOTICE OF MOTION & MOTION For Sanctions Pursuant to Rule 11, with MEMORANDUM of Points & Authorities in Support Thereof. Filed by Plaintiff Marwan Ahmed Harara. Motion Hearing set for 2/2/2005 10:00 AM. (tn, COURT STAFF) (Filed on 12/27/2004) (Entered: 12/29/2004) |
| 12/27/2004 | 66 | DECLARATION of Marwan A. Harara in Support MOTION for Sanctions Pursuant to Rule 11 re [65] Filed by |

| | | |
|---|---|---|
| | | PlaintiffMarwan Ahmed Harara. (Related document(s)[65]).(tn, COURT STAFF) (Filed on 12/27/2004) (Entered: 12/29/2004) |
| 12/27/2004 | | RECEIVED ORDER: [Proposed] Order Granting MOTION for Sanctions Pursuant to Rule 11 re [65] Submitted by Plaintiff Marwan Ahmed Harara. (tn, COURT STAFF) (Entered: 12/29/2004) |
| 12/27/2004 | 67 | CERTIFICATE OF SERVICE by Marwan Ahmed Harara re [65] MOTION for Sanctions, [66] Declaration in Support, [64] Reply to Opposition *& Lodged [Proposed] Order.* (tn, COURT STAFF) (Filed on 12/27/2004) (Entered: 12/29/2004) |
| 12/29/2004 | | ADR Remark: ADR process completed. (af, COURT STAFF) (Filed on 12/29/2004) (Entered: 12/29/2004) |
| 01/12/2005 | 68 | OPPOSITION to Plaintiff's MOTION for Sanctions re [65] Filed by Defendant/CounterclaimantConocoPhillips Company. (tn, COURT STAFF) (Filed on 1/12/2005) (Entered: 01/13/2005) |
| 01/12/2005 | 69 | DECLARATION of Adam Friedenberg in Support of its Opposition to the Motion for Sanctions re [68] Filed by Defendant/CounterclaimantConocoPhillips Company. (Related document(s)[68]). (tn, COURT STAFF) (Filed on 1/12/2005) (Entered: 01/13/2005) |
| 01/12/2005 | 70 | CERTIFICATE OF SERVICE by ConocoPhillips Company re [68] Memorandum in Opposition, [69] Declaration in Support (tn, COURT STAFF) (Filed on 1/12/2005) (Entered: 01/13/2005) |
| 01/18/2005 | 71 | REPLY to Defendant's Opposition to re [65] MOTION for Sanctions Filed by Pro se PlaintiffMarwan Ahmed Harara. (tn, COURT STAFF) (Filed on 1/18/2005) (Entered: 01/20/2005) |
| 01/20/2005 | 72 | CIVIL MINUTES ENTRY: [Court Reporter: T/C 04-05] Nondispositive motion - contested; Discovery Conference; Order to be prepared by the Court. (tn, COURT STAFF) (Date Filed: 1/20/2005) (Entered: 01/26/2005) |
| 01/21/2005 | 73 | DISCOVERY ORDER Signed by Mag. Judge Bernard Zimmerman. (tn, COURT STAFF) (Filed on 1/21/2005) (Entered: 01/26/2005) |
| 01/27/2005 | 75 | ORDER Signed by Mag. Judge Bernard Zimmerman on 1/27/05 DENYING Plaintiff's Motion to Dismiss Defendants' Counterclaimsre [60] (tn, COURT STAFF) (Filed on 1/27/2005) Additional attachment(s) added on 3/21/2005 (ewn |

| | | |
|---|---|---|
| | | COURT STAFF). (Entered: 01/31/2005) |
| 01/28/2005 | 74 | ORDER Signed by Mag. Judge Bernard Zimmerman on 1/27/05 DENYING Plaintiff's Motion for Sanctions re [65] & Granting Reasonable Fees for Opposing Motion. (tn, COURT STAFF) (Filed on 1/28/2005) Additional attachment(s) added on 3/21/2005 (ewn, COURT STAFF). (Entered: 01/31/2005) |
| 02/04/2005 | 76 | NOTICE OF MOTION & MOTION To Compel Defendant Conocophillips Responses to Requests for Production of Documents, with MEMORANDUM of Points & Authorities in Support Thereof. Filed by Pro se Plaintiff Marwan Ahmed Harara. Motion Hearing set for 3/16/2005 10:00 AM. (tn, COURT STAFF) (Filed on 2/4/2005) (Entered: 02/07/2005) |
| 02/04/2005 | 77 | CERTIFICATE OF SERVICE by Marwan Ahmed Harara re [76] MOTION to Compel (tn, COURT STAFF) (Filed on 2/4/2005) (Entered: 02/07/2005) |
| 02/15/2005 | 78 | ANSWER TO COUNTERCLAIMS Filed by Pro se Plaintiff & CounterdefendantMarwan Ahmed Harara. (tn, COURT STAFF) (Filed on 2/15/2005) (Entered: 02/17/2005) |
| 02/23/2005 | 79 | OPPOSITION to Plaintiff's Motion to Compel re [76]. Filed by DefendantConocoPhillips Company. (tn, COURT STAFF) (Filed on 2/23/2005) (Entered: 02/24/2005) |
| 02/23/2005 | 80 | DECLARATION of Adam Friedenberg in Support of Opposition to Plaintiff's Motion to Compel re [79]. Filed by DefendantConocoPhillips Company. (Related document(s)[79]).(tn, COURT STAFF) (Filed on 2/23/2005) (Entered: 02/24/2005) |
| 02/24/2005 | 81 | CIVIL MINUTES ENTRY: [Not Reported] Settlement Conference -- Held before Mag. Judge Chen on 2/24/05 & Matter Continued for Further Settlement Conference on 5/12/05 at 9:30 a.m.. The Court to issue order setting further settlement conference. (tn, COURT STAFF) (Date Filed: 2/24/2005) (Entered: 02/24/2005) |
| 02/28/2005 | 83 | ORDER Signed by Mag. Judge Bernard Zimmerman on 2/28/05 Scheduling Telephonic Conference re Discovery Dispute to 3/2/05 at 9:00 a.m.. (tn, COURT STAFF) (Filed on 2/28/2005) (Entered: 03/02/2005) |
| 03/01/2005 | 84 | ORDER Signed by Mag. Judge Edward M. Chen on 3/1/05 Setting Further Settlement Conference to 5/12/05 at 9:30 a.m.(tn, COURT STAFF) (Filed on 3/1/2005) (Entered: 03/02/2005) |

| 03/02/2005 | 82 | Minute Entry: Motion Hearing held on 3/2/2005 before Magistrate Judge Bernard Zimmerman (Date Filed: 3/2/2005). (Tape #TC 08-05.) (bzsec, COURT STAFF) (Date Filed: 3/2/2005) (Entered: 03/02/2005) |
| --- | --- | --- |
| 03/02/2005 | 85 | REPLY To Defendant's Opposition to Plaintiff's re [76] MOTION to Compel. Filed by Pro se PlaintiffMarwan Ahmed Harara. (tn, COURT STAFF) (Filed on 3/2/2005) (Entered: 03/03/2005) |
| 03/03/2005 | 86 | ORDER Signed by Mag. Judge Bernard Zimmerman on 3/3/05 that plaintiff shall pay the attorney's fees awarded in the 1/27/05 order by 3/31/05.(tn, COURT STAFF) (Filed on 3/3/2005) (Entered: 03/07/2005) |
| 03/09/2005 | 87 | DISCOVERY ORDER Signed by Mag. Judge Bernard Zimmerman on 3/9/05 that Plaintiff shall lodge with the Court a copy of the transcript or recording of the meet & confer sessions regarding requests 1-49 of plaintiff's third set of requests for production of documents by 3/15/05.(tn, COURT STAFF) (Filed on 3/9/2005) (Entered: 03/10/2005) |
| 03/09/2005 | 88 | NOTICE OF MOTION & MOTION To Amend His Admissions. Filed by Pro se Plaintiff Marwan Ahmed Harara. Motion Hearing set for 4/20/2005 10:00 AM. (tn, COURT STAFF) (Filed on 3/9/2005) (Entered: 03/10/2005) |
| 03/09/2005 | 89 | CERTIFICATE OF SERVICE Filed by Pro se Plaintiff Marwan Ahmed Harara re [88] MOTION to Amend His Admissions. (tn, COURT STAFF) (Filed on 3/9/2005) (Entered: 03/10/2005) |
| 03/10/2005 | 90 | ORDER Signed by Mag. Judge Bernard Zimmerman Setting Hearing & Briefing Schedule: The Hearing on re [88] MOTION to Amend his Admissions is set for 4/13/105 at 1:15 p.m.. Opposition brief is due 3/25/05 & Reply brief is due no later than 4/1/05.(tn, COURT STAFF) (Filed on 3/10/2005) (Entered: 03/14/2005) |
| 03/14/2005 | 91 | RESPONSE to the Court's Discovery Order re [87] Filed by Pro se Plaintiff Marwan Ahmed Harara. (tn, COURT STAFF) (Filed on 3/14/2005) (Entered: 03/16/2005) |
| 03/16/2005 | 92 | CIVIL MINUTES ENTRY: [Court Reporter: Kathy Wyatt, 10:04-10:07, 10:45-11:27] Plaintiff's Motion to Compel re [76] - - Held. Order to be prepared by the Court. (tn, COURT STAFF) (Date Filed: 3/16/2005) (Entered: 03/18/2005) |
| 03/17/2005 | 93 | DISCOVERY ORDER Signed by Mag. Judge Bernard Zimmerman on 3/17/05: Defendants shall file & serve a |

| | | |
|---|---|---|
| | | declaration no later than 3/23/05; Plaintiffs deposition shall be completed on Friday 3/18/05 from 8:00 a.m. to 11:00 a.m.; Ms. Moran & Mr. Bonina shall be deposed by telephone on 5/9/05 for 90 minutes per deposition; Mr. Bergman shall be deposed on 5/10/05 in San Francisco, California for up to four hours.(tn, COURT STAFF) (Filed on 3/17/2005) (Entered: 03/23/2005) |
| 03/23/2005 | 94 | NOTICE OF MOTION & MOTION For Summary Judgment. Filed by Pro se Plaintiff Marwan Ahmed Harara. Motion Hearing set for 4/27/2005 10:00 AM. (tn, COURT STAFF) (Filed on 3/23/2005) (Entered: 03/23/2005) |
| 03/23/2005 | 95 | DECLARATION of Plaintiff Marwan A. Harara In Support of its MOTION for Summary Judgment re [94]. Filed by Pro se PlaintiffMarwan Ahmed Harara. (Related document(s)[94]).(tn, COURT STAFF) (Filed on 3/23/2005) (Entered: 03/24/2005) |
| 03/23/2005 | 96 | SEPARATE STATEMENT OF UNDISPUTED FACTS re [94] MOTION for Summary Judgment. Filed by Pro se PlaintiffMarwan Ahmed Harara. (Related document(s)[94]).(tn, COURT STAFF) (Filed on 3/23/2005) (Entered: 03/24/2005) |
| 03/23/2005 | 97 | CERTIFICATE OF SERVICE Filed by Pro se Plaintiff Marwan Ahmed Harara re [94] MOTION for Summary Judgment, [95] Declaration in Support & [96] Separate Statement of Undisputed Facts. (tn, COURT STAFF) (Filed on 3/23/2005) (Entered: 03/24/2005) |
| 03/23/2005 | 98 | DECLARATION of Maria Dunn in re Plaintiff's Motion to Compel Further Discovery Responses. Filed by defendant ConocoPhillips Company. (tn, COURT STAFF) (Filed on 3/23/2005) (Entered: 03/24/2005) |
| 03/23/2005 | 99 | NOTICE OF MOTION & MOTION For Summary Judgment, or in the Alternative, For Summary Adjudication as to its Counterclaims. Filed by Defendant ConocoPhillips Company. Motion Hearing set for 4/27/2005 10:00 AM. (tn, COURT STAFF) (Filed on 3/23/2005) (Entered: 03/24/2005) |
| 03/23/2005 | 100 | MEMORANDUM of Points & Authorities in Support MOTION for Summary Judgment, or in the Alternative, For Summary Adjudication as to its Counterclaims re [99]. Filed by DefendantConocoPhillips Company. (Related document(s)[99]).(tn, COURT STAFF) (Filed on 3/23/2005) (Entered: 03/24/2005) |
| 03/23/2005 | 101 | DECLARATION of Adamd Friedenberg in Support of MOTION for Summary Judgment, or in the Alternative, For |

| | | |
|---|---|---|
| | | Summary Adjudication as to its Counterclaims re [99]. Filed by DefendantConocoPhillips Company. (Related document(s)[99]).(tn, COURT STAFF) (Filed on 3/23/2005) (Entered: 03/24/2005) |
| 03/23/2005 | 102 | SEPARATE STATEMENT of Undisputed Facts in Support of MOTION for Summary Judgment, or in the Alternative, For Summary Adjudication as to its Counterclaims re [99]. Filed by DefendantConocoPhillips Company. (Related document(s)[99]).(tn, COURT STAFF) (Filed on 3/23/2005) (Entered: 03/24/2005) |
| 03/23/2005 | 103 | CERTIFICATE OF SERVICE by ConocoPhillips Company re [99] MOTION for Summary Judgment, or in the alternative, for summary adjudication as its Counterclaims, [100] Memorandum in Support, [101] Declaration in Support & [102] Separate Statement of Undisputed Facts. (tn, COURT STAFF) (Filed on 3/23/2005) (Entered: 03/24/2005) |
| 03/23/2005 | 104 | NOTICE OF MOTION & MOTION For Summary Judgment, or in the Alternative, For Summary Adjudication as to Plaintiff's Claims for Relief. Filed by Defendant ConocoPhillips Company. Motion Hearing set for 4/27/2005 10:00 AM. (tn, COURT STAFF) (Filed on 3/23/2005) (Entered: 03/24/2005) |
| 03/23/2005 | 105 | MEMORANDUM of Points & Authorities in Support of MOTION for Summary Judgment, or in the Alternative, For Summary Adjudication as to Plaintiff's Claims for Relief re [104]. Filed by DefendantConocoPhillips Company. (Related document(s)[104]).(tn, COURT STAFF) (Filed on 3/23/2005) (Entered: 03/24/2005) |
| 03/23/2005 | 106 | DECLARATION of Paul Curtis in Support of MOTION for Summary Judgment, or in the Alternative, For Summary Adjudication as to Plaintiff's Claims for Relief re [105]. Filed by DefendantConocoPhillips Company. (Related document(s)[104]).(tn, COURT STAFF) (Filed on 3/23/2005) (Entered: 03/24/2005) |
| 03/23/2005 | 107 | DECLARATION of Paul Curtis in Support of MOTION for Summary Judgment, or in the alternative, For Summary Adjudication as to Plaintiff's Claims for Relief re [104]. Filed by DefendantConocoPhillips Company. (Related document(s)[104]).(tn, COURT STAFF) (Filed on 3/23/2005) (Entered: 03/24/2005) |
| 03/23/2005 | 108 | DECLARATION of David Vann in Support of MOTION for Summary Judgment, or in the Alternative, For Summary |

| | | |
|---|---|---|
| | | Adjudication as to Plaintiff's Claims for Relief re [104]. Filed by DefendantConocoPhillips Company. (Related document(s)[104]).(tn, COURT STAFF) (Filed on 3/23/2005) (Entered: 03/24/2005) |
| 03/23/2005 | 109 | DECLARATION of Douglas Bergman in Support of MOTION for Summary Judgment, or in the Alternative, For Summary Adjudication as to Plaintiff's Claims for Relief re [104]. Filed by DefendantConocoPhillips Company. (Related document(s)[104]). (tn, COURT STAFF) (Filed on 3/23/2005) (Entered: 03/24/2005) |
| 03/23/2005 | 110 | DECLARATION of Douglas Bergman in Support of MOTION for Summary Judgment, or in the Alternative, For Summary Adjudication as to Plaintiff's Claims for Relief re [104]. Filed by DefendantConocoPhillips Company. (Related document(s)[104]).(tn, COURT STAFF) (Filed on 3/23/2005) (Entered: 03/24/2005) |
| 03/23/2005 | 111 | DECLARATION of Phillip Bonina in Support of MOTION for Summary Judgment, or in the Alternative, For Summary Adjudication as to Plaintiff's Claims for Relief re [104]. Filed by DefendantConocoPhillips Company. (Related document(s)[104]).(tn, COURT STAFF) (Filed on 3/23/2005) (Entered: 03/24/2005) |
| 03/23/2005 | 112 | DECLARATION of Adam Friedenberg in Support of MOTION for Summary Judgment, or in the Alternative, For Summary Adjudication as to Plaintiff's Claims for Relief re [104. Filed by DefendantConocoPhillips Company. (Related document(s)[104]).(tn, COURT STAFF) (Filed on 3/23/2005) (Entered: 03/24/2005) |
| 03/23/2005 | 113 | DECLARATION of Dean Masterton in Support of MOTION for Summary Judgment, or in the Alternative, For Summary Adjudication as to Plaintiff's Claims for Relief re [104]. Filed by DefendantConocoPhillips Company. (Related document(s)[104]).(tn, COURT STAFF) (Filed on 3/23/2005) (Entered: 03/24/2005) |
| 03/23/2005 | 114 | DECLARATION of Richard Mathews in Support of MOTION for Summary Judgment, or in the Alternative, For Summary Adjudication as to Plaintiff's Claims for Relief re [104]. Filed by DefendantConocoPhillips Company. (Related document(s)[104]).(tn, COURT STAFF) (Filed on 3/23/2005) (Entered: 03/24/2005) |
| 03/23/2005 | 115 | SEPARATE STATEMENT of Undisputed Facts in Support of |

| | | |
|---|---|---|
| | | MOTION for Summary Judgment, or in the Alternative, For Summary Adjudication as to Plaintiff's Claims for Relief re [104]. Filed by DefendantConocoPhillips Company. (Related document(s)[104]).(tn, COURT STAFF) (Filed on 3/23/2005) (Entered: 03/24/2005) |
| 03/23/2005 | 116 | CERTIFICATE OF SERVICE by ConocoPhillips Company re [111] Declaration in Support, [105] Memorandum in Support, [106] Declaration in Support, [112] Declaration in Support, [107] Declaration in Support, [113] Declaration in Support, [114] Declaration in Support, [108] Declaration in Support, [109] Declaration in Support, [115] Separate Statement of Undisputed Facts, [104] MOTION for Summary Judgment & [110] Declaration in Support. (tn, COURT STAFF) (Filed on 3/23/2005) (Entered: 03/24/2005) |
| 03/25/2005 | 117 | OPPOSITION to Plaintiff's MOTION to Amend Responses to Requests for Admission re [88] Filed by Defendant ConocoPhillips Company. (tn, COURT STAFF) (Filed on 3/25/2005) (Entered: 03/28/2005) |
| 03/25/2005 | 118 | DECLARATION of Adam Friedenberg in Support of Opposition to Plaintiff's Motion to Amend Admission re [117] Filed by Defendant/CounterclaimantConocoPhillips Company. (Related document(s)[117]). (tn, COURT STAFF) (Filed on 3/25/2005) (Entered: 03/28/2005) |
| 03/25/2005 | 119 | CERTIFICATE OF SERVICE by ConocoPhillips Company re [118] Declaration in Support, [117] Memorandum in Opposition (tn, COURT STAFF) (Filed on 3/25/2005) (Entered: 03/28/2005) |
| 03/28/2005 | 120 | ORDER Signed by Mag. Judge Bernard Zimmerman on 3/28/05 that Plaintiff shall fle with the Court a Declaration stating under penalty of perjury the basis upon which he did not timely respond to defendant's requests for admissions by 4/1/05. (tn, COURT STAFF) (Filed on 3/28/2005) (Entered: 03/29/2005) |
| 03/29/2005 | 121 | SUPPLEMENTAL DECLARATION of Adam Friedenberg in Support of [104] MOTION for Summary Judgment, or in the alternative, for Summary Adjudication as to Plaintiff's Claims for Relief re [104] Filed by DefendantConocoPhillips Company. (Related document(s)[104]). (tn, COURT STAFF) (Filed on 3/29/2005) (Entered: 03/30/2005) |
| 04/01/2005 | 122 | REPLY to Defendant's Opposition to Plaintiff's Motion to Amend His Respones to Requests for Admissions re [117]. Filed by Pro se PlaintiffMarwan Ahmed Harara. (tn, COURT |

| | | |
|---|---|---|
| | | STAFF) (Filed on 4/1/2005) (Entered: 04/05/2005) |
| 04/01/2005 | 123 | DECLARATION of Marwan A. Harara in Support of its Reply to Opposition to Motion to Amend Responses to Requests for Admissions re [122].Filed by Pro se PlaintiffMarwan Ahmed Harara. (Related document(s)[122]).(tn, COURT STAFF) (Filed on 4/1/2005) (Entered: 04/05/2005) |
| 04/01/2005 | 124 | CERTIFICATE OF SERVICE by Marwan Ahmed Harara re [122] Reply to Opposition, [123] Declaration in Support (tn, COURT STAFF) (Filed on 4/1/2005) (Entered: 04/05/2005) |
| 04/05/2005 | 125 | CLERK'S NOTICE Vacating Hearing on Plaintiff's Motion to Amend Admissions re [88] scheduled for 4/13/05 at 1:15 p.m.. (tn, COURT STAFF) (Filed on 4/5/2005) (Entered: 04/06/2005) |
| 04/05/2005 | 126 | ORDER Signed by Mag. Judge Bernard Zimmerman GRANTING Plaintiff's Motion to Amend His Admissions re [88]. (tn, COURT STAFF) (Filed on 4/5/2005) (Entered: 04/06/2005) |
| 04/06/2005 | 127 | OPPOSITION to Defendant's MOTION for Summary Judgment, or in the alternative, For Summary Adjudication as to Plaintiff's Claims for Relief re [104]. Filed by Pro se Plaintiff filed by Marwan Ahmed Harara. (tn, COURT STAFF) (Filed on 4/6/2005) (Entered: 04/07/2005) |
| 04/06/2005 | 128 | OPPOSITION to MOTION for Summary Judgment, or in the alternative, for Summary Adjudication as to its Counterclaims re [99]. Filed by Pro se Plaintiff Marwan Ahmed Harara. (tn, COURT STAFF) (Filed on 4/6/2005) (Entered: 04/07/2005) |
| 04/06/2005 | 129 | DECLARATION of Marwan A. Harara in Support of Opposition to Defendant's Motion for Summary Judgment as to its Counterclaims re [128]. Filed by Pro se PlaintiffMarwan Ahmed Harara. (Related document(s)[128]). (tn, COURT STAFF) (Filed on 4/6/2005) (Entered: 04/07/2005) |
| 04/06/2005 | 130 | DECLARATION of Marwan A. Harara in Support of Opposition to Defendant's Motion for Summary Judgment as to his Claims for Relief re [127]. Filed by Pro se PlaintiffMarwan Ahmed Harara. (Related document(s)[127]). (tn, COURT STAFF) (Filed on 4/6/2005) (Entered: 04/07/2005) |
| 04/06/2005 | 131 | REQUEST For Judicial Notice Filed by Pro se PlaintiffMarwan Ahmed Harara. (tn, COURT STAFF) (Filed on 4/6/2005) (Entered: 04/07/2005) |
| 04/06/2005 | 132 | CERTIFICATE OF SERVICE by Marwan Ahmed Harara re |

| | | |
|---|---|---|
| | | [127] Memorandum in Opposition,, [128] Memorandum in Opposition, [129] Declaration in Support, [130] Declaration in Support,, [131] Request for Judicial Notice (tn, COURT STAFF) (Filed on 4/6/2005) (Entered: 04/07/2005) |
| 04/06/2005 | 133 | OPPOSITION To Plaintiff's MOTION for Summary Judgment re [94]. Filed Defendant byConocoPhillips Company. (tn, COURT STAFF) (Filed on 4/6/2005) (Entered: 04/07/2005) |
| 04/06/2005 | 134 | RESPONSE to Plaintiff's Separate Statement of Undisputed Facts re [96] Filed by Defendant ConocoPhillips Company. (tn, COURT STAFF) (Filed on 4/6/2005) (Entered: 04/07/2005) |
| 04/06/2005 | 135 | CERTIFICATE OF SERVICE by ConocoPhillips Company re [133] Memorandum in Opposition, [134] Response ( Non Motion ) (tn, COURT STAFF) (Filed on 4/6/2005) (Entered: 04/07/2005) |
| 04/13/2005 | 136 | REPLY To Defendant's Opposition to Plaintiff's Motion for Summary Judgment re [133]. Filed by Pro se Plaintiff Marwan Ahmed Harara. (tn, COURT STAFF) (Filed on 4/13/2005) (Entered: 04/14/2005) |
| 04/13/2005 | 137 | DECLARATION of Marwan A. Harara in Support of its Reply to Opposition to Motion for Summary Judgment re [136]. Filed by Pro se PlaintiffMarwan Ahmed Harara. (Related document(s)[136]).(tn, COURT STAFF) (Filed on 4/13/2005) (Entered: 04/14/2005) |
| 04/13/2005 | 138 | CERTIFICATE OF SERVICE by Marwan Ahmed Harara re [136] Reply to Opposition, [137] Declaration in Support (tn, COURT STAFF) (Filed on 4/13/2005) (Entered: 04/14/2005) |
| 04/13/2005 | 139 | OBJECTIONS To Evidence Filed by Defendant ConocoPhillips Company. (tn, COURT STAFF) (Filed on 4/13/2005) (Entered: 04/14/2005) |
| 04/13/2005 | 140 | REPLY in Support of its MOTION for Summary Judgment as to Plaintiff's Claims for Relief re [104]. Filed by DefendantConocoPhillips Company. (tn, COURT STAFF) (Filed on 4/13/2005) (Entered: 04/14/2005) |
| 04/13/2005 | 141 | REPLY in Support of its MOTION for Summary Judgment as to its Counterclaims re [99]. Filed byDefendant ConocoPhillips Company. (tn, COURT STAFF) (Filed on 4/13/2005) (Entered: 04/14/2005) |
| 04/13/2005 | 142 | REPLY DECLARATION of Paul Curtis in Support of its MOTION for Summary Judgment, or in the alternative, for |

| | | |
|---|---|---|
| | | Summary Adjudication as to Plaintiff's Claims for Relief re [104]. Filed by ConocoPhillips Company. (Related document(s)[104]). (tn, COURT STAFF) (Filed on 4/13/2005) (Entered: 04/14/2005) |
| 04/13/2005 | 143 | REPLY DECLARATION of Adam Friedenberg in Support of MOTION for Summary Judgment, or in the alternative, for Summary Adjudication as to Plaintiff's Claims for Relief re [104]. Filed by Defendant ConocoPhillips Company. (Related document(s)[104]).(tn, COURT STAFF) (Filed on 4/13/2005) (Entered: 04/14/2005) |
| 04/28/2005 | 144 | CIVIL MINUTES ENTRY: [Court Reporter: Kathy Wyatt, 10:09-10:11, 10:12-11:22, 11:29-12:08] Defendant's Motion for Summary Judgment, or in the alternative for Summary Adjudication re [99] & [104] & Plaintiff's Motion for Summary Judgment re [94] -- Held on 4/27/2005 before Mag. Judge Zimmerman & Matters Submitted. (tn, COURT STAFF) (Date Filed: 4/28/2005) (Entered: 04/29/2005) |
| 04/29/2005 | 145 | ORDER Signed by Mag. Judge Bernard Zimmerman on 4/29/05 on Cross-Motions for Summary Judgment on Counterclaims: Conoco's Motion for Summary Judgment as to its first counterclaim is granted & Harara's motion is granted. Both parties' Motions for summary judgment on Conoco's third through fifth counterclaims are denied & that Conoco's Motion for summary judgment is granted in the amount of $16,663.83. The third through fifth counterclaims will proceed to trial as scheduled.(tn, COURT STAFF) (Filed on 4/29/2005) (Entered: 05/03/2005) |
| 04/29/2005 | 146 | ORDER Signed by Mag. Judge Bernard Zimmerman on 4/29/05 on Cross-Motions for Summary Judgment on Plaintiff's Claims: Plaintiff's Motion for Summary Judgment is Denied & Defendant's Motion for Summary Judgment is Granted & Judgment will be entered in Defendant's favor on the complaint. (tn, COURT STAFF) (Filed on 4/29/2005) (Entered: 05/03/2005) |
| 05/05/2005 | 147 | ORDER Signed by Mag. Judge Bernard Zimmerman on 5/5/05 on Defendant & Counterclaimant Conocophillips Company's Objections.(tn, COURT STAFF) (Filed on 5/5/2005) (Entered: 05/06/2005) |
| 05/11/2005 | 148 | MOTION In Limine No. 1 - To Preclude Defendant Conophillips Company from denying its comparative negligence. Filed by Pro se Plaintiff Marwan Ahmed Harara. (tn, COURT STAFF) (Filed on 5/11/2005) (Entered: |

| | | |
|---|---|---|
| | | 05/12/2005) |
| 05/11/2005 | 149 | MOTION In Limine No. 2 - To Preclude Defendant Conocophillips Company from Asserting that Harara Violated any Law. Filed by Pro se Plaintiff Marwan Ahmed Harara. (tn, COURT STAFF) (Filed on 5/11/2005) (Entered: 05/12/2005) |
| 05/11/2005 | 150 | MOTION In Limine No. 3 - To Preclude Defendant Conocophillips Company from Asserting that Harara was required by law to take certain remedial measures. filed by Marwan Ahmed Harara. (tn, COURT STAFF) (Filed on 5/11/2005) (Entered: 05/12/2005) |
| 05/11/2005 | 151 | PRE-TRIAL STATEMENT Filed by Pro se Plaintiff Marwan A. Harara. (tn, COURT STAFF) (Filed on 5/11/2005) (Entered: 05/12/2005) |
| 05/11/2005 | 152 | LIST OF EXHIBITS Filed by Pro se Plaintiff Marwan Ahmed Harara. (tn, COURT STAFF) (Filed on 5/11/2005) (Entered: 05/12/2005) |
| 05/11/2005 | 153 | REQUEST for an Extension to file Plaintiff's list of trial exhibits & other pretrial documents. Filed by Pro se Plaintiff Marwan Ahmed Harara. (tn, COURT STAFF) (Filed on 5/11/2005) (Entered: 05/12/2005) |
| 05/11/2005 | 154 | CERTIFICATE OF SERVICE by Marwan Ahmed Harara re [148] MOTION in Limine, [149] MOTION in Limine, [150] MOTION in Limine, [151] Pretrial Conference Statement, [152] Exhibit List, [153] Request (tn, COURT STAFF) (Filed on 5/11/2005) (Entered: 05/12/2005) |
| 05/11/2005 | 155 | TRIAL BRIEF Filed by Defendant/Counterclaimant ConocoPhillips Company. (tn, COURT STAFF) (Filed on 5/11/2005) (Entered: 05/12/2005) |
| 05/11/2005 | 156 | PRE-TRIAL CONFERENCE STATEMENT Filed by Defendant/Counterclaimant ConocoPhillips Company. (tn, COURT STAFF) (Filed on 5/11/2005) (Entered: 05/12/2005) |
| 05/11/2005 | 157 | EXHIBIT LIST Filed by Defendant/Counterclaimant ConocoPhillips Company. (tn, COURT STAFF) (Filed on 5/11/2005) (Entered: 05/12/2005) |
| 05/11/2005 | 158 | CERTIFICATE OF SERVICE by ConocoPhillips Company re [155] Trial Brief, [156] Pretrial Conference Statement, [157] Exhibit List (tn, COURT STAFF) (Filed on 5/11/2005) (Entered: 05/12/2005) |
| 05/12/2005 | 159 | CIVIL MINUTES ENTRY: [Court Reporter: FTR 051205 |

|  |  | (11:25)] Settlement Conference -- Held before Mag. Judge Chen on 5/12/2005. Case Settled. (tn, COURT STAFF) (Date Filed: 5/12/2005) (Entered: 05/12/2005) |
|---|---|---|
| 05/12/2005 | 160 | ORDER Signed by Mag. Judge Bernard Zimmerman on 5/12/05 DENYING Plaintiff's Request for an Extension to file plaintiff list of trial exhibits & other pretrial documents re [153].(tn, COURT STAFF) (Filed on 5/12/2005) (Entered: 05/12/2005) |
| 07/15/2005 | 161 | CONDITIONAL ORDER OF DISMISSAL Signed by Mag. Judge Bernard Zimmerman on 7/15/05: The parties to this matter having advised the Court that they have agreed to a Settlement, It IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE and all scheduled matters including pending in limine motions are VACATED; provided, however, that any party may, within 30 days of the date of this Order, move the Court to restore this matter to the calendar on the grounds that the settlement has not been consummated.***Civil Case Terminated. (tn, COURT STAFF) (Filed on 7/15/2005) (Entered: 07/19/2005) |
| 02/22/2006 | 162 | CLERK'S NOTICE to All Counsel Regarding Withdrawal of Exhibits in Accordance with Civil L.R. 79-4(b). NOTE: Exhibits will be destroyed if not withdrawn within 30 days. (tn, COURT STAFF) (Filed on 2/22/2006) (Entered: 02/22/2006) |
| 04/17/2006 |  | Defendant's TRIAL Exhibits Destroyed on 4/17/2006 [1 binder/1 envelope]. (tn, COURT STAFF) (Entered: 04/19/2006) |

| PACER Service Center |||
|---|---|---|
| **Transaction Receipt** |||
|  |  |  |
|  |  |  |
| 09/07/2007 06:33:09 |||
| **PACER Login:** | Xxxxxx | **Client Code:** |  |
| **Description:** | Docket Report | **Search Criteria:** | 3:04-cv-00515-BZ |
| **Billable Pages:** | 11 | **Cost:** | 0.88 |

**3:04-cv-00515-BZ** Harara v. ConocoPhillips Company et al
Bernard Zimmerman, presiding
**Date filed:** 02/06/2004
**Date terminated:** 07/15/2005 **Date of last filing:** 04/17/2006

# Case Summary

**Office:** San Francisco
**Jury Demand:** Both

**Nature of Suit:** 290

**Jurisdiction:** Federal Question
**County:** San Francisco
**Origin:** 1

**Filed:** 02/06/2004
**Demand:** $0
**Cause:** 15:2801 Petroleum Marketing Practices Act

**Disposition:** Dismissed - Settled

**Terminated:** 07/15/2005
**Reopened:**

**Lead Case:** None
**Related Case:** None

**Other Court Case:** None

**Def Custody Status:**
**Flags:** ADRMOP, CLOSED, ENETERM, ProSe, REFSET-EMC

**Plaintiff:** Marwan Ahmed Harara

| | | | | |
|---|---|---|---|---|
| **Defendant:** ConocoPhillips Company | **represented by** | Adam Friedenberg | **Phone:** | 925-210-2800 |
| | | | **Fax:** | 925-945-1975 |
| | | | **Email:** | afriedenberg@glynnfinley.com |
| **Defendant:** ConocoPhillips Company | **represented by** | Clement L. Glynn | **Phone:** | 925-210-2800 |
| | | | **Fax:** | 925-945-1975 |
| | | | **Email:** | cglynn@glynnfinley.com |
| **Defendant:** ConocoPhillips Company | **represented by** | Jeffery Lowell Podawiltz | **Phone:** | 925/210-2800 |
| | | | **Email:** | jpod@chevron.com |

**Counter-claimant:**
ConocoPhillips Company

**Counter-defendant:**
Marwan Ahmed Harara

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| | | | |
| 09/07/2007 06:32:23 | | | |
| **PACER Login:** | xxxxxxx | **Client Code:** | |
| **Description:** | Case Summary | **Search Criteria:** | 3:04-cv-00515-BZ |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |