ARLO H. SMITH #96971
66 San Fernando Way
San Francisco, CA 94127
(415) 681-9572

Attorney for Plaintiff Marwan Harara

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marwan A. Harara, | No. C 07-03999 WHA |
| Plaintiff, | **DECLARATION OF MARWAN HARARA IN SUPPORT OF REPLY TO OPPOSITION TO MOTION TO REMAND** |
| v. | |
| LandAmerica Financial Group, Inc. et al | Hearing: October 11, 2007<br>8:00 AM<br>Courtroom 9 |
| Defendant(s). | |

I, Marwan Harara, declare under penalty of perjury under the laws of California as follows:

1. All facts stated herein are true and correct of my personal knowledge and if called as a witness, I could and would competently testify thereto.

2. I was both plaintiff and counsel in the prior case Harara vs. Conoco Phillips Company (ND Cal.) CV 03-00515 BZ (hereafter "earlier case"). In said earlier case, I subpoenaed records from Land America Financial Group. Among the records produced was an indemnity agreement between Conco Phillips and Land America Financial Group dated July 27, 2004. Said agreement specifically recited the existence of the earlier case (including by title and case number) and specifically indemnified Land America Financial Group against any claims that

Reply Declaration of Marwan Harara          1

1  Harara might possibly assert against Land America.

3      I declare under penalty of perjury under the laws of California and the
5  United States  that the foregoing is true  and correct.

7      DATED:9/27/07      _____/s/_____
8                    Marwan Harara

Reply Declaration of Marwan Harara    2