IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARWAN A. HARARA,<br><br>    Plaintiff,<br><br>  v.<br><br>LANDAMERICA FINANCIAL GROUP INC.;<br>LANDAMERICA CORPORATION;<br>LANDAMERICA NATIONAL COMMERCIAL<br>SERVICES; LANDAMERICA LAWYERS<br>TITLE COMPANY; and LANDAMERICA<br>COMMERCIAL SEARCH SERVICES<br>COMPANY,<br><br>    Defendants.<br>_____/ | No. C 07-03999 WHA<br><br>**JUDGMENT** |

For the reasons stated in the accompanying order granting defendants' motion to dismiss, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants and against plaintiffs. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: October 9, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE